IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| ATLANTIC RECORDING CORPORATION, *et al.*, | ) ) ) | |
| Plaintiffs, | ) ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) ) | 1:17-CV-0431-AT |
| SPINRILLA, LLC, *et al.*, | ) ) ) | |
| Defendants. | ) ) | |

## NOTICE OF APPEARANCE

Pursuant to Rule 83.1(D)(1) of the Civil Local Rules, Notice is hereby given of the entry of the undersigned as counsel for Defendants.

Pursuant to Rule 5 of the Federal Rules of Civil Procedure all further notice and copies of pleadings, papers and other material relevant to this action should be directed to and served upon:

David M. Lilenfeld, Esq.
Trusted Counsel
1201 Peachtree Street, N.E. Suite 500
Atlanta, Georgia 30361
Dlilenfeld@trusted-counsel.com

Kaitlyn A. Dalton, Esq.
Trusted Counsel
1201 Peachtree Street, N.E. Suite 500
Atlanta, Georgia 30361
Kdalton@trusted-counsel.com

Respectfully submitted this 16th day of February, 2017.

**TRUSTED COUNSEL**

*/s/ David M. Lilenfeld*
David M. Lilenfeld
Georgia Bar No. 452399
Kaitlyn A. Dalton
Georgia Bar No. 431935
1201 Peachtree Street, N.E., Suite 500
Atlanta, Georgia 30361
(404) 400-3887 – telephone
Dlilenfeld@trusted-counsel.com
Kdalton@trusted-counsel.com

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ATLANTIC RECORDING CORPORATION, *et al.*, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) ) | 
| SPINRILLA, LLC, *et al.*, | ) ) ) |
| Defendants. | ) ) ) |

CIVIL ACTION NO.
1:17-CV-0431-AT

## **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing NOTICE OF APPEARANCE, on the date stated below, was filed with the Clerk of Court using the CM/ECF system, which automatically and contemporaneously sends electronic notification and a service copy of such filing to the following counsel of record:

    James A. Lamberth, Esq.
    *James.lamberth@troutmansansanders.com*

    Kenneth L. Doroshow
    *kdoroshow@jenner.com*

February 16, 2017

*/s/ David M. Lilenfeld*
David M. Lilenfeld