IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ATLANTIC RECORDING CORPORATION, *et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>SPINRILLA, LLC, *et al.*,<br><br>    Defendants. | Civil File Action No.:<br><br>1:17-CV-0431-AT |

**CONSENT MOTION TO EXTEND TIME
FOR DEFENDANTS TO ANSWER OR
OTHERWISE RESPOND TO THE COMPLAINT**

With Plaintiffs' consent, Defendants respectfully request an extension of time for them to answer or otherwise respond to the Complaint.

This extension is sought because this is a factually complex case which involves advanced technologies, some of which are owned by Defendants and others owned by at least one non-party. Furthermore, the Complaint is 46-pages in length, alleges that Defendants have infringed 21,000 works and that Plaintiffs are entitled to statutory damages of $150,000.00 for *each* of those works. Primarily for these reasons, Defendants need more time to adequately respond to the Complaint.

Additionally, prior to Defendants responding to the Complaint, counsel-of-record desire to discuss the case and a possible resolution. This extension of time is not sought for the purpose of delaying the case.

WHEREFORE, with Plaintiffs' consent, Defendants respectfully request they have up to and including March 15, 2017 to answer or otherwise respond to the Complaint.

Respectfully submitted this 17th day of February 2017.

**TRUSTED COUNSEL**

*/s/ David M. Lilenfeld*
David M. Lilenfeld
Georgia Bar No. 452399
Kaitlyn A. Dalton
Georgia Bar No. 431935
1201 Peachtree Street, N.E., Suite 500
Atlanta, Georgia 30361
(404) 400-3887 – telephone
Dlilenfeld@trusted-counsel.com
Kdalton@trusted-counsel.com

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ATLANTIC RECORDING CORPORATION, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> SPINRILLA, LLC, *et al.*, <br><br> Defendants. | Civil File Action No.: <br><br> 1:17-CV-0431-AT |

## CERTIFICATE OF SERVICE

The foregoing CONSENT MOTION TO EXTEND TIME FOR DEFENDANTS TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT was filed using the Court's *CM/ECF* system, which automatically and contemporaneously sends electronic notification and a service copy of this filing to counsel of record:

> James A. Lamberth, Esq.
> *James.lamberth@troutmansansanders.com*

> Kenneth L. Doroshow, Esq.
> *kdoroshow@jenner.com*

February 17, 2017

*/s/ David M. Lilenfeld*
David M. Lilenfeld