UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ATLANTIC RECORDING CORPORATION, LAFACE RECORDS LLC, SONY MUSIC ENTERTAINMENT, UMG RECORDINGS, INC., WARNER BROS. RECORDS INC., ARISTA MUSIC, ARISTA RECORDS LLC, BAD BOY RECORDS LLC, CAPITOL RECORDS, LLC, ELECTRA ENTERTAINMENT GROUP INC., SONY MUSIC ENTERTAINMENT US LATIN LLC, ZOMBA RECORDING LLC, ROC-A-FELLA RECORDS, LLC,<br><br>    Plaintiffs,<br><br>    v.<br><br>SPINRILLA, LLC and JEFFERY DYLAN COPELAND,<br><br>    Defendants. | Civil Action No. 1:17-CV-00431-AT |

**PLAINTIFFS' NOTICE OF FILING OF
SPINRILLA, LLC DEPOSITION TRANSCRIPT**

Plaintiffs hereby give notice of filing, pursuant to Local Rule 26.3, of the deposition transcript of Spinrilla, LLC dated October 31, 2017.

1

This 17th day of November, 2017.                    Respectfully submitted,

/s/ *Kenneth L. Doroshow*

JENNER & BLOCK LLP
KENNETH L. DOROSHOW
(Admitted Pro Hac Vice)
SCOTT B. WILKENS
(Admitted Pro Hac Vice)
PREVIN WARREN
(Admitted Pro Hac Vice)
1099 New York Ave., N.W. Suite 900
Washington, DC 20001
Telephone: (202) 639-6000
Facsimile: (202) 639-6066

AVA U. MCALPIN
(Admitted Pro Hac Vice)
919 Third Avenue
New York, NY 10022
Telephone: (212) 891-1600
Facsimile: (212) 891-1699

TROUTMAN SANDERS LLP
JAMES A. LAMBERTH
james.lamberth@troutmansanders.com
Georgia Bar No. 431851
600 Peachtree Street, N.E.
Suite 5200, Bank of America Plaza
Atlanta, GA 30308-2216
Telephone: (404) 885-3362
Facsimile: (404) 962-6611

*Attorneys for Plaintiffs*

## CERTIFICATE OF COUNSEL REGARDING FONT SIZE

I, Kenneth L. Doroshow, an attorney, hereby certify that the foregoing has been prepared with a font size and point selection (Times New Roman, 14 pt.) which is approved by the Court pursuant to Local Rules 5.1(C) and 7.1(D).

/s/ *Kenneth L. Doroshow*
KENNETH L. DOROSHOW

## CERTIFICATE OF SERVICE

I, Kenneth L. Doroshow, an attorney, hereby certify that on this 17th day of November, 2017, Plaintiffs' Motion for Leave to File Documents Under Seal and Proposed Order were electronically filed with the Clerk of Court using the CM/ECF system, which will automatically send electronic notification and a service copy of this filing to all counsel of record who have appeared in this matter.

/s/ *Kenneth L. Doroshow*
KENNETH L. DOROSHOW