UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ATLANTIC RECORDING CORPORATION, LAFACE RECORDS LLC, SONY MUSIC ENTERTAINMENT, UMG RECORDINGS, INC., WARNER BROS. RECORDS INC., ARISTA MUSIC, ARISTA RECORDS LLC, BAD BOY RECORDS LLC, CAPITOL RECORDS, LLC, ELEKTRA ENTERTAINMENT GROUP INC., ROC-A-FELLA RECORDS, LLC, SONY MUSIC ENTERTAINMENT US LATIN LLC, ZOMBA RECORDING LLC,<br><br>    Plaintiffs,<br><br>    v.<br><br>SPINRILLA, LLC and JEFFERY DYLAN COPELAND,<br><br>    Defendants. | Civil Action No. 1:17-CV-00431-AT |

## ORDER GRANTING JOINT MOTION TO AMEND SCHEDULING ORDER

Upon review of the Joint Motion to Amend Scheduling Order [Doc. 164] submitted by the parties in the above-captioned matter, it is **GRANTED**.

2

The Scheduling Order entered in this case on October 11, 2017, Dkt. 113, is hereby amended as follows:

- Rebuttal expert reports to be exchanged on January 22, 2018.

- Expert discovery period to conclude on February 15, 2018.

- All potentially dispositive motions to be filed on or before March 5, 2018.

**IT IS SO ORDERED** this 4th day of January, 2018.

_____
Amy Totenberg
United States District Judge