IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ATLANTIC RECORDING CORPORATION, LAFACE RECORDS LLC, SONY MUSIC ENTERTAINMENT, UMG RECORDINGS, INC., WARNER BROS. RECORDS INC., <br><br> Plaintiff, <br><br> v. <br><br> SPINRILLA, LLC, and JEFFERY DYLAN COPELAND, <br><br> Defendants. | CIVIL ACTION NO. <br> 1:17-cv-00431-AT |

## **ORDER**

This matter is before the Court on Plaintiffs' Motion for Partial Summary Judgment [Doc. 42] and Defendants' Motion to Defer Ruling on Motion for Partial Summary Judgment [Doc. 49] requesting additional discovery on fact issues related to Plaintiffs' summary judgment motion.

Defendants' Motion to Defer Ruling on Motion for Partial Summary Judgment [Doc. 49] is **GRANTED** and Plaintiffs' Motion for Partial Summary Judgment [Doc. 42] is **DENIED WITHOUT PREJUDICE**.  Plaintiffs may renew their motion at the conclusion of discovery pursuant to the terms of the Amended Scheduling Order at Doc. 166, and no later than March 5, 2018.

**IT IS SO ORDERED** this 4th day of January, 2018.

_____
**Amy Totenberg
United States District Judge**