IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ATLANTIC RECORDING CORPORATION, *et al.*, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>SPINRILLA, LLC, *et al.*, )<br>)<br>Defendants. )<br>_____) | Case No.:<br><br>1:17-CV-0431-AT |

## NOTICE OF LEAVE OF ABSENCE

Under Rule 83.1(E)(3) of the Civil Local Rules, Kaitlyn A. Haase, Esq., as counsel, files this Notice of Leave of Absence requesting that this case not be calendared during any of the below periods of absence.

(a) March 21 through March 27, 2018 inclusive;

(b) April 3 through April 11, 2018 inclusive;

(c) August 10 through August 27, 2018 inclusive, and

(d) December 24 through January 2, 2019 inclusive.

During the above periods of absence undersigned counsel will be away from the practice of law.

Respectfully submitted this 5th day of February, 2018.

**LILENFELD PC**
*/s/ Kailyn A. Haase*

Kaitlyn A. Haase
Georgia Bar No. 431935
3379 Peachtree Road, N.E., Suite 980
Atlanta, Georgia 30326
(404) 201-2520 – telephone
Kaitlyn@lilenfeld.com

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ATLANTIC RECORDING CORPORATION, *et al.*, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>SPINRILLA, LLC, *et al.*, )<br>)<br>Defendants. )<br>_____) | Case No.:<br><br>1:17-CV-0431-AT |

## **CERTIFICATE OF SERVICE**

The foregoing NOTICE OF LEAVE OF ABSENCE was filed using the Court's *CM/ECF* system, which automatically and contemporaneously sends electronic notification and a service copy of this filing to counsel of record:

James A. Lamberth, Esq.  
*james.lamberth@troutmansansanders.com*

Previn Warren, Esq.  
*pwarren@jenner.com*

Kenneth L. Doroshow, Esq.  
*kdoroshow@jenner.com*

Ava U. McAlpin, Esq.  
*amcalpin@jenner.com*

This 5th day of February, 2018.

*/s/ Kaitlyn A. Haase*
Kaitlyn A. Haase