ATLANTIC RECORDING CORPORATION, ET AL. vs. SPINRILLA, LLC, ET AL.
30(b)(6), Highly Confidential        Paul Sinclair on 11/07/2017

```
 1            IN THE UNITED STATES DISTRICT COURT
            FOR THE NORTHERN DISTRICT OF GEORGIA
 2                    ATLANTA DIVISION

 3   ATLANTIC RECORDING            )
     CORPORATION, et al.,          )
 4                                 )
                                   ) CIVIL ACTION FILE
 5   Plaintiffs,                   )
                                   ) NO. 1:17-CV-0431-AT
 6            vs.                  )
                                   )
 7   SPINRILLA, LLC, et al.,       )
                                   )
 8
     Defendants.
 9
                  VIDEOTAPED DEPOSITION OF
10          30(b)(6) WITNESS PAUL SINCLAIR

11           HIGHLY CONFIDENTIAL AND UNDER
                   PROTECTIVE ORDER
12
                   NOVEMBER 7, 2017
13                   10:13 A.M.

14

             600 PEACHTREE STREET, N.E.
15                  SUITE 5200
                ATLANTA, GEORGIA
16
         Reported by:  Lynne C. Fulwood, CCR
17                     B-1075

18

19

20

21

22

23

24

25
```

Case 1:17-cv-00431-AT   Document 182-3   Filed 02/28/18   Page 2 of 6

ATLANTIC RECORDING CORPORATION, ET AL. vs. SPINRILLA, LLC, ET AL.
30(b)(6), Highly Confidential        Paul Sinclair on 11/07/2017                           Page 2

```
 1    APPEARANCES OF COUNSEL:

 2
      On behalf of the Plaintiff:
 3
                KENNETH L. DOROSHOW, Esq.
 4              Jenner & Block, LLP
                1099 New York Avenue
 5              Suite 900
                Washington, DC  20001
 6              (202) 639-6000
                kdoroshow@jenner.com
 7

 8    On behalf of the Defendants:

 9              DAVID M. LILENFELD, Esq.
                Lilenfeld, PC
10              3379 Peachtree Road, N.E.
                Suite 980
11              Atlanta, Georgia  30326
                (404) 201-2520
12              david@lilenfeld.com

13
      Videographer:
14
          Mr. Ervin Farkas
15

16    Also Present:

17        Mr. Brad Cohen
          Mr. Craig Creeden
18

19

20

21

22

23

24

25
```

Case 1:17-cv-00431-AT   Document 182-3   Filed 02/28/18   Page 3 of 6

ATLANTIC RECORDING CORPORATION, ET AL. vs. SPINRILLA, LLC, ET AL.
30(b)(6), Highly Confidential        Paul Sinclair on 11/07/2017                    Page 57

```
 1   And there's a contention in the complaint, am I
 2   right, that Spinrilla's continued to allow the --
 3   allow infringement to continue unabated.  Do you
 4   recall that?
 5            MR. DOROSHOW:  Objection to form.
 6        A   Yeah, generally.
 7   BY MR. LILENFELD:
 8        Q   And in light of Spinrilla's -- are you
 9   aware that Spinrilla implemented Audible Magic?
10        A   I am.
11        Q   And in light of Spinrilla's
12   implementation of Audible Magic, why does Warner
13   Music Group continue to contend that Spinrilla allows
14   infringement to continue unabated?
15        A   Because Audible Magic is an imperfect
16   system for blocking content.
17        Q   And if you can look at paragraph three?
18        A   (Witness complies with request of
19   counsel.)  On page two?
20        Q   It's page three.  Okay.  Yes, skip that.
21   If you can go to paragraph 84, which is on page 27.
22        A   (Witness complies with request of
23   counsel.)  Paragraph 84?
24        Q   Yes, sir.
25        A   Okay.
```

1  ████████████████████████████████████

████████████████████████████████████████

██████████

4      Q    And what did you do to prepare to answer

5   the questions in paragraph 35 and 36 of the

6   deposition notice?

7           MR. DOROSHOW:  Objection to form.

8      A    I spoke with in-house counsel as well as

9   various people within Warner Music Group who -- on

10  the digital production team.

11  BY MR. LILENFELD:

12     Q    Okay.  And then moving on to paragraph

13  37, what is Warner Music Group's understanding of the

14  accuracy of Audible Magic's services?

15          MR. DOROSHOW:  Objection to form.

16     A    That the service is -- the service is

17  reasonable but not 100 percent effective.

18  BY MR. LILENFELD:

19     Q    Is there a -- you know what a failure

20  rate is?  Have you heard that phrase, failure rate?

21     A    I do know that that rate -- what that

22  term means.

23     Q    Is there -- from Warner Music Group's

24  perspective is there an acceptable failure rate with

25  respect to its services?

```
 1      ██████████████████████████████████████
        ████████████████████████████
 3             MR. DOROSHOW:  Same objection.
 4        A    So I personally -- so personally the
 5      answer would be infrequently I've seen these types of
 6      e-mails.
 7      BY MR. LILENFELD:
 8              ████████████████████████████████
        ████████████████████████████████████████
        ██████████████
        ████████████████████████████████████
        ████████████████████████████████████████
        ████████████████████████████████████████
        ████████████████████████████████████████
        ████████████████████████████████████████
        ██████████████
17      BY MR. LILENFELD:
18        Q    Got it.
19             MR. LILENFELD:  Yeah, mark this.  And
20        this is marked highly confidential so do
21        you want to look at it first?
22             MR. DOROSHOW:  Yeah.
23             MR. LILENFELD:  It's an Atlantic
24        document.
25             MR. DOROSHOW:  Just a question of
```

Case 1:17-cv-00431-AT   Document 182-3   Filed 02/28/18   Page 6 of 6

ATLANTIC RECORDING CORPORATION, ET AL. vs. SPINRILLA, LLC, ET AL.
30(b)(6), Highly Confidential        Paul Sinclair on 11/07/2017                Page 221

```
 1                C E R T I F I C A T E

 2    STATE OF GEORGIA:

 3    COUNTY OF COBB:

 4

 5         I hereby certify that the foregoing

 6    transcript was taken down as stated in the

 7    caption and the questions and answers thereto

 8    were reduced to typewriting under my direction,

 9    that the foregoing pages 1 through 220 represent

10    a true, complete and correct transcript of the

11    evidence given upon said hearing, and I further

12    certify that I'm not of kin or counsel to the

13    parties in the case; am not in the regular employ

14    of counsel of any of said parties; nor am I in

15    anywise interested in the result of said case.

16         This 13th day of November 2017.

17

18
                             [signature: Lynne C. Fulwood]
19

20                           LYNNE C. FULWOOD,
                             Certified Court Reporter
21                           State of Georgia
                             License No. B-1075
22

23

24

25
```