UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ATLANTIC RECORDING CORPORATION, LAFACE RECORDS LLC, SONY MUSIC ENTERTAINMENT, UMG RECORDINGS, INC., WARNER BROS. RECORDS INC., ARISTA MUSIC, ARISTA RECORDS LLC, BAD BOY RECORDS LLC, CAPITOL RECORDS, LLC, ELEKTRA ENTERTAINMENT GROUP INC., ROC-A-FELLA RECORDS, LLC, SONY MUSIC ENTERTAINMENT US LATIN LLC, and ZOMBA RECORDING LLC,<br><br>Plaintiffs,<br><br>v.<br><br>SPINRILLA, LLC and JEFFERY DYLAN COPELAND,<br><br>Defendants. | Civil Action No.<br>1:17-CV-00431-AT |

### DECLARATION OF KENNETH L. DOROSHOW

I, Kenneth L. Doroshow, hereby declare as follows:

1. I am a partner with the law firm of Jenner & Block LLP, and I represent the Plaintiffs in the above-captioned action. I am admitted to practice

1

before this Court *pro hac vice*. The statements made in this declaration are based on my personal knowledge.

2. Attached as Exhibit 1 is a true and correct copy of an email exchange between myself and Defendants' counsel on November 17, 2017.

3. Attached as Exhibit 2 is a true and correct copy of an email exchange between myself and Defendants' counsel on November 17, 2017.

4. Attached as Exhibit 3 is a true and correct copy of selections of the December 7, 2017 report of Defendants' expert, Dr. John Strawn, Ph.D.

5. Defendants' counsel did not contact me or my co-counsel in advance of filing Defendants' Reply in Further Support of Their First Motion for Summary Judgment (Dkt. 183) to seek Plaintiffs' consent to Defendants' late filing or to Defendants' inclusion of additional pages beyond the maximum length provided in this Court's Local Rules.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: March 7, 2018

KENNETH L. DOROSHOW
Jenner & Block LLP
1099 New York Ave, N.W.
Washington, DC 20001
(202) 639-6027
kdoroshow@jenner.com