IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ATLANTIC RECORDING CORPORATION, *et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>SPINRILLA, LLC, *et al.*,<br><br>    Defendants.<br>_____ | Case No.:<br><br>1:17-CV-0431-AT |

**MOTION TO STAY RULING ON PLAINTIFFS' MOTION FOR LEAVE TO AMEND EXHIBIT A TO THE AMENDED COMPLAINT**

Defendants file this Motion to Stay and state as follows:

## I. Introduction

Defendants respectfully move the Court to stay briefing and ruling on Plaintiffs' Motion for Leave to Amend Exhibit A to the Amended Complaint, which Plaintiffs filed on April 11, 2018. (Dkts. 194-195).

## II. Procedural Background

On October 3, 2017, Defendants filed a Motion for Sanctions requesting, among other things, that Plaintiffs not be allowed to further add to the list of sound recordings they claim Defendants' infringed (Dkt. 98-1, p. 24). On March 10, 2018, the Court stayed the deadlines for the Parties to file motions for summary judgment until after the Court rules on Defendants' Motion for Sanctions. (Order, dated March

10, 2018 (Dkt. 186)). Defendants' Motion for Sanctions remains pending. However, Plaintiffs have now moved for leave to amend Exhibit A to their Amended Complaint to further add to the list of sound recordings "in suit." (Dkts. 194-195).

### III. Argument

Defendants are under the impression the Court stayed the filing of summary judgment motions because its forthcoming ruling on Defendants' Motion for Sanctions could impact the issue in the Parties' summary judgment motions and materially alter the issues in this litigation. If this is correct, the Court's ruling on Defendants' Motion for Sanctions may also impact Plaintiffs' Motion for Leave to Amend Exhibit A to the Amended Complaint (Dkts. 194-195), particularly as part of the relief requested by Defendants' Motion for Sanctions was to prohibit Plaintiffs from further amending Exhibit A to the Amended Complaint (Dkt. 98-1, p. 24) or to dismiss the Amended Complaint (Dkt. 114, pp. 9-11). In other words, the Court's ruling on Defendants' Motion for Sanctions, could also impact the need for and scope of additional briefing in connection with Plaintiffs' Motion for Leave to Amend Exhibit A to the Amended Complaint and potentially eliminate the need for briefing all together.

Defendants requested Plaintiffs' consent to this Motion to Stay, but Plaintiffs have declined.

## V. <u>Conclusion</u>

For these reasons, Defendants request that any additional briefing in connection with Plaintiffs' Motion for Leave to Amend Exhibit A to the Amended Complaint be stayed until after the Court rules on Defendants' Motion for Sanctions. The requested stay would specifically include suspending the deadline for Defendants to respond to Plaintiffs' Motion for Leave. (Dkts. 194-195).

A proposed order is attached hereto as Exhibit A.

Respectfully submitted this 12th day of April, 2018.

**LILENFELD PC**
*/s/ David M. Lilenfeld*
David M. Lilenfeld
Georgia Bar No. 452399
Kaitlyn A. Haase
Georgia Bar No. 431935
3379 Peachtree Road, N.E., Suite 980
Atlanta, Georgia 30326
(404) 201-2520 – telephone
david@lilenfeld.com
kaitlyn@lilenfeld.com

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ATLANTIC RECORDING CORPORATION, *et al.*, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>SPINRILLA, LLC, *et al.*, )<br>)<br>Defendants. )<br>_____) | Case No.:<br><br>1:17-CV-0431-AT |

## **CERTIFICATE OF SERVICE**

The foregoing MOTION TO STAY RULING ON PLAINTIFFS' MOTION FOR LEAVE TO AMEND EXHIBIT A TO THE AMENDED COMPLAINT was filed using the Court's *CM/ECF* system, which automatically and contemporaneously sends electronic notification and a service copy of this filing to counsel of record:

James A. Lamberth, Esq.
*james.lamberth@troutmansansanders.com*

Kenneth L. Doroshow, Esq.
*kdoroshow@jenner.com*

Previn Warren, Esq.
*pwarren@jenner.com*

Ava U. McAlpin, Esq.
*amcalpin@jenner.com*

April 12, 2018

*/s/ David M. Lilenfeld*
David M. Lilenfeld

- 4 -