UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ATLANTIC RECORDING CORPORATION, LAFACE RECORDS LLC, SONY MUSIC ENTERTAINMENT, UMG RECORDINGS, INC., WARNER BROS. RECORDS INC., ARISTA MUSIC, ARISTA RECORDS LLC, BAD BOY RECORDS LLC, CAPITOL RECORDS, LLC, ELEKTRA ENTERTAINMENT GROUP INC., ROC-A-FELLA RECORDS, LLC, SONY MUSIC ENTERTAINMENT US LATIN LLC, and ZOMBA RECORDING LLC,<br><br>    Plaintiffs,<br><br>    v.<br><br>SPINRILLA, LLC and JEFFERY DYLAN COPELAND,<br><br>    Defendants. | Civil Action No.<br>1:17-CV-00431-AT |

**MOTION TO SUBSTITUTE MOTION FOR**
**LEAVE TO FILE DOCUMENT UNDER SEAL**

Plaintiffs hereby request that the Court withdraw Plaintiffs Motion for Leave

to File Document Under Seal (Dkt. 196) and accompanying Proposed Order (Dkt.

1

196-1) and substitute such documents with the Parties' Joint Motion for Leave to File Document Under Seal and Proposed Order, attached hereto.

This 13th day of April, 2018.　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　/s/ *Kenneth L. Doroshow*

　　　　　　　　　　　　　　　　　　JENNER & BLOCK LLP
　　　　　　　　　　　　　　　　　　KENNETH L. DOROSHOW
　　　　　　　　　　　　　　　　　　(Admitted Pro Hac Vice)
　　　　　　　　　　　　　　　　　　SCOTT B. WILKENS
　　　　　　　　　　　　　　　　　　(Admitted Pro Hac Vice)
　　　　　　　　　　　　　　　　　　PREVIN WARREN
　　　　　　　　　　　　　　　　　　(Admitted Pro Hac Vice)
　　　　　　　　　　　　　　　　　　1099 New York Ave., N.W. Suite 900
　　　　　　　　　　　　　　　　　　Washington, DC 20001
　　　　　　　　　　　　　　　　　　Telephone: (202) 639-6000
　　　　　　　　　　　　　　　　　　Facsimile: (202) 639-6066

　　　　　　　　　　　　　　　　　　AVA U. MCALPIN
　　　　　　　　　　　　　　　　　　(Admitted Pro Hac Vice)
　　　　　　　　　　　　　　　　　　919 Third Avenue
　　　　　　　　　　　　　　　　　　New York, NY 10022
　　　　　　　　　　　　　　　　　　Telephone: (212) 891-1600
　　　　　　　　　　　　　　　　　　Facsimile: (212) 891-1699

　　　　　　　　　　　　　　　　　　TROUTMAN SANDERS LLP
　　　　　　　　　　　　　　　　　　JAMES A. LAMBERTH
　　　　　　　　　　　　　　　　　　james.lamberth@troutmansanders.com
　　　　　　　　　　　　　　　　　　Georgia Bar No. 431851
　　　　　　　　　　　　　　　　　　600 Peachtree Street, N.E.
　　　　　　　　　　　　　　　　　　Suite 5200, Bank of America Plaza
　　　　　　　　　　　　　　　　　　Atlanta, GA 30308-2216
　　　　　　　　　　　　　　　　　　Telephone: (404) 885-3362
　　　　　　　　　　　　　　　　　　Facsimile: (404) 962-6611

　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiffs*

**CERTIFICATE OF COUNSEL REGARDING FONT SIZE**

I, Kenneth L. Doroshow, an attorney, hereby certify that the foregoing has been prepared with a font size and point selection (Times New Roman, 14 pt.) which is approved by the Court pursuant to Local Rules 5.1(C) and 7.1(D).

/s/ *Kenneth L. Doroshow*
KENNETH L. DOROSHOW


**CERTIFICATE OF SERVICE**

I, Kenneth L. Doroshow, an attorney, hereby certify that on this 13th day of April, 2018, Plaintiffs' Motion to Substitute Motion for Leave to File Documents Under Seal was electronically filed with the Clerk of Court using the CM/ECF system, which will automatically send electronic notification and a service copy of this filing to all counsel of record who have appeared in this matter.

/s/ *Kenneth L. Doroshow*
KENNETH L. DOROSHOW