UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ATLANTIC RECORDING CORPORATION, LAFACE RECORDS LLC, SONY MUSIC ENTERTAINMENT, UMG RECORDINGS, INC., WARNER BROS. RECORDS INC., ARISTA MUSIC, ARISTA RECORDS LLC, BAD BOY RECORDS LLC, CAPITOL RECORDS, LLC, ELEKTRA ENTERTAINMENT GROUP INC., ROC-A-FELLA RECORDS, LLC, SONY MUSIC ENTERTAINMENT US LATIN LLC, and ZOMBA RECORDING LLC,<br><br>    Plaintiffs,<br><br>    v.<br><br>SPINRILLA, LLC and JEFFERY DYLAN COPELAND,<br><br>    Defendants. | Civil Action No.<br>1:17-CV-00431-AT |

**ORDER**

Upon consideration of the Parties' Joint Motion for Leave to File Documents Under Seal [Doc. 189], the Court hereby GRANTS the Motion. The following documents shall be filed under seal:

(1) excerpts of the December 7, 2017 report of Defendants' expert, Dr. John Strawn, Ph.D. (attached as Exhibit 3 to the March 7, 2018 Declaration of Kenneth L. Doroshow);

(2) an unredacted version of Plaintiffs' Motion to Strike Defendants Untimely and Overlength Summary Judgment Reply Brief and, in the Alternative, for Leave to File a Surreply; and

(2) an unredacted version of Plaintiffs' Proposed Surreply In Further Opposition to Defendants' First Motion for Summary Judgment.

SO ORDERED this 17th day of April, 2018.

                                                    _____
                                                    Hon. Amy Totenberg
                                                    United States District Judge