To the extent this Interrogatory seeks information concerning the works-in-suit identified in Sony's amended Complaint (Docket No. 91), that is within Sony's possession, custody, or control, Sony provides the following information in Attachment A to these Responses and Objections:

- dates the sound recordings were infringed by Spinrilla;
- URLs at which infringing versions were available on Spinrilla; and
- dates on which fingerprints were delivered to Audible Magic.

## INTERROGATORY NO. 23:

State each and every sound recording You claim has been infringed by either Defendant and, for each sound recording, state the artist's name, sound recording title, Registration Number (from the sound recording's Certificate of Registration from the United States Copyright Office), the URL at which the allegedly infringing version was available on Spinrilla and the date fingerprints for each sound recording was first delivered to Audible Magic.

## RESPONSE TO INTERROGATORY NO. 23:

To the extent this Interrogatory seeks information that is within Sony's possession, custody, or control concerning Sony's works-in-suit identified in Plaintiffs' amended Complaint (Docket No. 91), Sony provides the following information in Attachment A to these Responses and Objections:

- the artist's name;

- the sound recording title;

- the recording's registration number;

- the URLs at which infringing versions were available on Spinrilla; and

- dates on which fingerprints were delivered to Audible Magic.

Dated: September 29, 2017

JENNER & BLOCK LLP

/s/ Kenneth L. Doroshow
KENNETH L. DOROSHOW
(*Pro Hac Vice*)
kdoroshow@jenner.com
SCOTT B. WILKENS
(*Pro Hac Vice*)
swilkens@jenner.com
PREVIN WARREN
(*Pro Hac Vice*)
pwarren@jenner.com
1099 New York Ave., N.W. Suite 900
Washington, DC 20001
Telephone: (202) 639-6000
Facsimile: (202) 639-6066

AVA U. MCALPIN
(*Pro Hac Vice*)
amcalpin@jenner.com
919 Third Avenue, 37th Floor
New York, New York 10022
Telephone: (212) 891-1600
Facsimile: (212) 891-1699

TROUTMAN SANDERS LLP

JAMES A. LAMBERTH
james.lamberth@troutmansanders.com
Georgia Bar No. 431851
600 Peachtree Street, N.E.
Suite 5200, Bank of America Plaza
Atlanta, GA 30308-2216
Telephone: (404) 885-3362
Facsimile: (404) 962-6611

*Attorneys for Plaintiffs*

## VERIFICATION FOR SONY MUSIC ENTERTAINMENT, LAFACE RECORDS LLC, ARISTA MUSIC, ARISTA RECORDS LLC, ZOMBA RECORDING LLC, AND SONY MUSIC ENTERTAINMENT US LATIN LLC'S RESPONSES TO DEFENDANTS' SECOND INTERROGATORIES

The undersigned, under penalty of perjury, and pursuant to Fed. R. Civ. P. 33(b)(5) and 28 U.S.C. § 1746, verifies that while he does not have personal knowledge of the facts recited in the foregoing responses to Defendants' Second Interrogatories, the information contained in said responses has been collected and made available to him by others, and the responses are true to the best of his knowledge and belief based upon the information made available to him, and that therefore, the said responses are verified on behalf of Sony Music Entertainment, LaFace Records LLC, Arista Music, Arista Records LLC, Zomba Recording LLC, and Sony Music Entertainment US Latin LLC.

Executed on September 29, 2017
New York, New York

Don Jang, Vice President, Content Protection, on behalf of Sony Music Entertainment, LaFace Records LLC, Arista Music, Arista Records LLC, Zomba Recording LLC, and Sony Music Entertainment US Latin LLC.

11

SWORN TO AND SUBSCRIBED
before me this 29th day
of September 2017

*[signature]*
Notary Public

My commission expires: 5·21· 2020

DARRELLE M. SPEARS
NOTARY PUBLIC-STATE OF NEW YORK
No. 02SP6262355
Qualified In Kings County
My Commission Expires 05-21-2020

12

**ATTACHMENT A**

| ARTIST NAME | SOUND RECORDING TITLE | REGISTRATION NUMBER | AUDIBLE MAGIC DELIVERY DATE | URL OF INFRINGING VERSION ON SPINRILLA (TRACK) | URL OF INFRINGING VERSION ON SPINRILLA (MIXTAPE) | DATE OF INFRINGEMENT BY SPINRILLA |
|---|---|---|---|---|---|---|
| 112 | Cupid | SR0000233376 | N/A | https://spinrilla.com/songs/344494-112-cupid | https://spinrilla.com/mixtapes/klassik-ceo-tax-season-pleasin-2 | 7/3/2015 |
| 112 | Cupid | SR0000233376 | N/A | https://spinrilla.com/songs/67565-112-cupid | https://spinrilla.com/mixtapes/dj-boss-chic-lover-s-lane-3 | 1/1/2014 |
| 112 | Cupid | SR0000233376 | N/A | https://spinrilla.com/songs/249792-112-cupid | https://spinrilla.com/mixtapes/dj-bombshell-be-mine | 2/13/2015 |
| 112 | Cupid | SR0000233376 | N/A | https://spinrilla.com/songs/498658-112-cupid | https://spinrilla.com/mixtapes/dj-jay-rock-blazin-r-b-46 | 2/2/2016 |
| 112 | Only You | SR0000233376 | N/A | https://spinrilla.com/songs/402350-dj-nick-only-you-biggie-112-ma-e | https://spinrilla.com/mixtapes/dj-nick-just-cruisin-90s-tape | 9/30/2015 |
| *NSYNC | Gone | SR0000302433 | 12/7/2015 | https://spinrilla.com/songs/73915-n-sync-gone | https://spinrilla.com/mixtapes/dj-boss-chic-great-groups-from-those-days | 1/18/2014 |
| 3LW | No More (Baby I'ma Do Right) | SR0000298351 | 12/10/2015 | https://spinrilla.com/songs/187496-3lw-no-more-baby-i-ma-do-right | https://spinrilla.com/mixtapes/dj-boss-chic-lovers-lane-10 | 10/20/2014 |
| A Tribe Called Quest | Award Tour | SR0000185359 | 12/9/2015 | https://spinrilla.com/songs/228726-a-tribe-called-quest-award-tour | https://spinrilla.com/mixtapes/various-artists-90-s-golden-age-hip-hop | 1/9/2015 |
| A Tribe Called Quest | Can I Kick It? | SR0000171981 | 12/15/2015 | https://spinrilla.com/songs/656546-a-tribe-called-quest-can-i-kick-it | https://spinrilla.com/mixtapes/dj-dna-new-york-state-of-mind | 6/8/2016 |
| A Tribe Called Quest | Can I Kick It? | SR0000171981 | 12/9/2015 | https://spinrilla.com/songs/434580-a-tribe-called-quest-can-i-kick-it-j-cole-remix | https://spinrilla.com/mixtapes/dj-dirty-dollarz-hot-this-week-32 | 11/14/2015 |
| A Tribe Called Quest | Can I Kick It? | SR0000171981 | 12/7/2015 | https://spinrilla.com/songs/436338-a-tribe-called-quest-can-i-kick-it-j-cole-remix | https://spinrilla.com/mixtapes/dj-street-cred-2dayz-exclusives-vol-29 | 11/16/2015 |
| A Tribe Called Quest | Find a Way | SR0000300835 | 12/18/2015 | https://spinrilla.com/songs/599147-a-tribe-called-quest-find-a-way | https://spinrilla.com/mixtapes/guyatl-the-soulmusix-house | 4/24/2016 |
| A Tribe Called Quest | Scenario | SR0000134715 | 12/9/2015 | https://spinrilla.com/songs/62239-a-tribe-called-quest-feat-leaders-of-the-new-school-scenario | https://spinrilla.com/mixtapes/busta-rhymes-q-tip-the-abstract-and-the-dragon | 12/12/2013 |
| A Tribe Called Quest | Scenario | SR0000134715 | 12/9/2015 | https://spinrilla.com/songs/223261-various-artists-11-a-tribe-called-quest-feat-leaders-of-the-new-school-scenario-remix | https://spinrilla.com/mixtapes/various-artists-dj-koolhand-dj-gates-90-s-throw-down | 1/1/2015 |
| A Tribe Called Quest | Scenario | SR0000134715 | 12/8/2015 | https://spinrilla.com/songs/228733-a-tribe-called-quest-scenario-busta-verse | https://spinrilla.com/mixtapes/various-artists-90-s-golden-age-hip-hop | 1/9/2015 |
| A$AP Ferg | Back Hurt | SR0000782266 | 6/20/2016 | https://spinrilla.com/songs/601474-asap-ferg-ft-migos-back-hurt | https://spinrilla.com/mixtapes/dj-cinemax-meet-the-connect-vol-4 | 4/26/2016 |
| A$AP Ferg | Back Hurt | SR0000782266 | 6/20/2016 | https://spinrilla.com/songs/601192-asap-ferg-feat-migos-back-hurt | https://spinrilla.com/mixtapes/dj-kurupt-streetcorner-gangstas-summer-16 | 4/26/2016 |
| A$AP Ferg | Back Hurt | SR0000782266 | 6/20/2016 | https://spinrilla.com/songs/602227-asap-ferg-ft-migos-back-hurt | https://spinrilla.com/mixtapes/dj-tee-cee-turnt-up-vol-25 | 4/27/2016 |
| A$AP Ferg | Back Hurt | SR0000782266 | 6/20/2016 | https://spinrilla.com/songs/694916-asap-ferg-ft-migos-back-hurt | https://spinrilla.com/mixtapes/dj-murph-boomin-out-the-studio-2-hosted-by-mlk | 7/6/2016 |
| A$AP Ferg | Back Hurt | SR0000782266 | 6/20/2016 | https://spinrilla.com/songs/695911-dj-double-j-back-hurt-asap-ferg-ft-migos | https://spinrilla.com/mixtapes/dj-double-j-double-or-nothin-vol-3 | 7/8/2016 |
| A$AP Ferg | Back Hurt | SR0000782266 | 6/20/2016 | https://spinrilla.com/songs/714932-asap-ferg-ft-migos-back-hurt | https://spinrilla.com/mixtapes/dj-official-hood-official-vol-3 | 7/22/2016 |
| A$AP Ferg | Back Hurt | SR0000782266 | 6/20/2016 | https://spinrilla.com/songs/631639-dj-lv-back-hurt-asap-ferg-feat-migos | https://spinrilla.com/mixtapes/dj-lv-i-love-808-s-mixtape | 5/20/2016 |
| A$AP Ferg | Back Hurt | SR0000782266 | 6/20/2016 | https://spinrilla.com/songs/618001-asap-ferg-back-hurt-ft-migos | https://spinrilla.com/mixtapes/daplxg-who-is-hot-vol-2 | 5/7/2016 |
| A$AP Ferg | Back Hurt | SR0000782266 | 6/20/2016 | https://spinrilla.com/songs/764192-asap-ferg-back-hurt-feat-migos | https://spinrilla.com/mixtapes/chill-usa-unprecedented | 8/26/2016 |
| A$AP Ferg | Let It Bang | SR0000782296 | 3/17/2016 | https://spinrilla.com/songs/610947-asap-ferg-let-it-bang-featuring-schoolboy-q | https://spinrilla.com/mixtapes/dj-instynctz-street-khemistry-16 | 5/4/2016 |
| A$AP Ferg | Let It Go | SR0000732583 | 12/20/2015 | https://spinrilla.com/songs/108155-various-artist-let-it-go-asap-ferg | https://spinrilla.com/mixtapes/various-artists-trap-musik-hood-edition-2 | 4/14/2014 |
| A$AP Ferg | Let It Go | SR0000732583 | 12/8/2015 | https://spinrilla.com/songs/380480-asap-ferg-let-it-go | https://spinrilla.com/mixtapes/dmv-music-plug-dmv-vs-kings-of-the-north | 8/26/2015 |
| A$AP Ferg | New Level | SR0000782297 | 12/15/2015 | https://spinrilla.com/songs/505503-19-asap-ferg-ft-future-new-level | https://spinrilla.com/mixtapes/young-buck-street-recipe-5 | 2/11/2016 |
| A$AP Ferg | New Level | SR0000782297 | 12/15/2015 | https://spinrilla.com/songs/575716-various-artist-asap-ferg-ft-future-new-level | https://spinrilla.com/mixtapes/dj-boss-chic-spring-bling-vol-1 | 4/7/2016 |
| A$AP Ferg | New Level | SR0000782297 | 12/15/2015 | https://spinrilla.com/songs/492116-asap-ferg-ft-future-new-level | https://spinrilla.com/mixtapes/dj-evryting-criss-trap-university | 2/5/2016 |

| ARTIST NAME | SOUND RECORDING TITLE | REGISTRATION NUMBER | AUDIBLE MAGIC DELIVERY DATE | URL OF INFRINGING VERSION ON SPINRILLA (TRACK) | URL OF INFRINGING VERSION ON SPINRILLA (MIXTAPE) | DATE OF INFRINGEMENT BY SPINRILLA |
|---|---|---|---|---|---|---|
| A$AP Ferg | New Level | SR0000782297 | 12/15/2015 | https://spinrilla.com/songs/503234-dj-don-gee-1-asap-ferg-ft-future-new-level | https://spinrilla.com/mixtapes/dj-don-gee-let-the-streets-eat-16 | 2/7/2016 |
| A$AP Ferg | New Level | SR0000782297 | 12/15/2015 | https://spinrilla.com/songs/470334-dj-tony-pot-10-asap-ferg-ft-future-new-level | https://spinrilla.com/mixtapes/dj-tony-pot-certified-track-runnerz-6 | 12/31/2015 |
| A$AP Ferg | New Level | SR0000782297 | 12/15/2015 | https://spinrilla.com/songs/510185-asap-ferg-ft-future-new-level | https://spinrilla.com/mixtapes/designerkidd-everything-authentic-2-welcome2eastatlanta | 2/13/2016 |
| A$AP Ferg | New Level | SR0000782297 | 12/15/2015 | https://spinrilla.com/songs/609455-asap-ferg-feat-future-new-level | https://spinrilla.com/mixtapes/dj-sir-swift-do-it-for-my-ratchets-5 | 5/3/2016 |
| A$AP Ferg | New Level | SR0000782297 | 12/15/2015 | https://spinrilla.com/songs/497095-dj-new-era-7-asap-ferg-feat-future-new-level-20160201-25336-1itmodc | https://spinrilla.com/mixtapes/dj-new-era-free-ba-3-vol-2-light-it-up-hosted-by-ampsterdamn | 2/3/2016 |
| A$AP Ferg | New Level | SR0000782297 | 12/15/2015 | https://spinrilla.com/songs/544692-asap-ferg-new-level-feat-future | https://spinrilla.com/mixtapes/dj-stop-n-go-fix-ya-face-vol-5 | 3/13/2016 |
| A$AP Ferg | New Level | SR0000782297 | 12/15/2015 | https://spinrilla.com/songs/501240-asap-ferg-new-level | https://spinrilla.com/mixtapes/dj-westside-for-da-bliznock | 2/5/2016 |
| A$AP Ferg | New Level | SR0000782297 | 12/15/2015 | https://spinrilla.com/songs/463378-asap-ferg-ft-future-new-level | https://spinrilla.com/mixtapes/dj-scratchez-mixtape-godz | 12/23/2015 |
| A$AP Ferg | New Level | SR0000782297 | 12/15/2015 | https://spinrilla.com/songs/460319-asap-ferg-ft-future-new-level | https://spinrilla.com/mixtapes/dj-mf-cash-1-stop-shop | 12/19/2015 |
| A$AP Ferg | New Level | SR0000782297 | 12/15/2015 | https://spinrilla.com/songs/587373-doenation-mixtapes-1-new-level-asap-ferg-feat-future | https://spinrilla.com/mixtapes/doenation-mixtapes-what-s-a-plug-ta-da-outlet | 4/17/2016 |
| A$AP Ferg | Shabba | SR0000726477 | 12/19/2015 | https://spinrilla.com/songs/29411-dj-sir-swift-shabba-asap-ferg-ft-asap-rocky | https://spinrilla.com/mixtapes/dj-sir-swift-we-out-here-vol-1 | 8/15/2013 |
| A$AP Ferg | Shabba | SR0000726477 | 12/19/2015 | https://spinrilla.com/songs/85491-asap-ferg-shabba-ranks | https://spinrilla.com/mixtapes/dj-richie-rich-please-don-t-kill-my-vibe | 2/16/2014 |
| A$AP Ferg | Shabba | SR0000726477 | 12/19/2015 | https://spinrilla.com/songs/19457-dj-reddy-rell-asap-ferg-ft-asap-rocky-shabba | https://spinrilla.com/mixtapes/dj-reddy-rell-hip-hop-txl-vol-16 | 7/6/2013 |
| A$AP Ferg | Shabba | SR0000726477 | 12/20/2015 | https://spinrilla.com/songs/60871-dj-bkstorm-04-asap-ferg-feat-shabba-ranks-busta-rhymes-migos-shabba-remix | https://spinrilla.com/mixtapes/dj-bkstorm-no-games | 12/8/2013 |
| A$AP Ferg | Shabba | SR0000726477 | 12/8/2015 | https://spinrilla.com/songs/58569-asap-ferg-ft-shabba-ranks-busta-rhymes-migos-shabba-remix | https://spinrilla.com/mixtapes/dj-reddy-rell-hip-hop-txl-vol-28 | 11/26/2013 |
| A$AP Ferg | Strive | SR0000782295 | 4/5/2016 | https://spinrilla.com/songs/587330-various-artists-07-asap-ferg-feat-missy-elliott-strive | https://spinrilla.com/mixtapes/various-artists-diamonds-vol-1-hosted-by-the-model-trina-starz | 4/17/2016 |
| A$AP Ferg | Swipe Life | SR0000782266 | 4/5/2016 | https://spinrilla.com/songs/643361-doenation-mixtapes-8-swipe-life-asap-ferg-feat-rick-ross | https://spinrilla.com/mixtapes/doenation-mixtapes-key-to-the-streets | 5/30/2016 |
| A$AP Ferg | Swipe Life | SR0000782266 | 4/5/2016 | https://spinrilla.com/songs/610928-asap-ferg-ft-rick-ross-swipe-life | https://spinrilla.com/mixtapes/dj-instynctz-street-khemistry-16 | 5/4/2016 |
| A$AP Ferg | Swipe Life | SR0000782266 | 4/5/2016 | https://spinrilla.com/songs/606762-asap-ferg-swipe-life | https://spinrilla.com/mixtapes/dj-jay-era-only-bangerz-vol-2 | 4/30/2016 |
| A$AP Ferg | Work | SR0000727759 | 12/8/2015 | https://spinrilla.com/songs/488720-dj-pt-playa-asap-ferg-work-remix | https://spinrilla.com/mixtapes/dj-pt-playa-national-dj-day | 1/23/2016 |
| A$AP Ferg | World Is Mine | SR0000782295 | 3/29/2016 | https://spinrilla.com/songs/588062-dj-rico-banks-asap-ferg-world-is-mine-ft-big-sean | https://spinrilla.com/mixtapes/dj-rico-banks-the-adventures-of-fly-guy-swish | 4/17/2016 |
| A$AP Ferg | World Is Mine | SR0000782295 | 3/29/2016 | https://spinrilla.com/songs/575921-dj-bkstorm-16-asap-ferg-ft-big-sean-world-is-mine | https://spinrilla.com/mixtapes/dj-bkstorm-boss-shit-3 | 4/7/2016 |
| A$AP Ferg | World Is Mine | SR0000782295 | 3/29/2016 | https://spinrilla.com/songs/576807-asap-ferg-feat-big-sean-world-is-mine | https://spinrilla.com/mixtapes/dj-smirk-key-to-the-streets-2 | 4/8/2016 |
| A$AP Ferg | World Is Mine | SR0000782295 | 3/29/2016 | https://spinrilla.com/songs/588756-asap-ferg-feat-big-sean-world-is-mine | https://spinrilla.com/mixtapes/jerzeyboy-radio-street-edition-12 | 4/18/2016 |
| A$AP Rocky | Everyday | SR0000768267 | 12/7/2015 | | https://spinrilla.com/mixtapes/jai-slowed-down-7-years-an-more | 9/7/2015 |
| A$AP Rocky | JD | SR0000768264 | 12/25/2015 | https://spinrilla.com/songs/351909-a-ap-rocky-jd | | |
| A$AP Rocky | L$D | SR0000768264 | 12/10/2015 | https://spinrilla.com/songs/316556-a-ap-rocky-lsd | https://spinrilla.com/songs/316556-a-ap-rocky-lsd | |
| A$AP Rocky | L$D | SR0000768264 | 12/25/2015 | | https://spinrilla.com/mixtapes/jai-slowed-down-7-years-an-more | 9/7/2015 |
| A$AP Rocky | Lord Pretty Flacko Jodye 2 (LPFJ2) | SR0000768788 | 12/24/2015 | https://spinrilla.com/songs/294176-asap-rocky-lord-pretty-flacko-jodye-2 | https://spinrilla.com/mixtapes/dj-instynctz-pass-me-the-aux-cord-vol-1 | 4/18/2015 |
| A$AP Rocky | Lord Pretty Flacko Jodye 2 (LPFJ2) | SR0000768788 | 12/24/2015 | https://spinrilla.com/songs/225016-asap-rocky-lord-pretty-flacko-jodye-2 | https://spinrilla.com/mixtapes/dj-jay-t-love-in-the-city-2 | 1/2/2015 |
| A$AP Rocky | Wavybone | SR0000768264 | 10/25/2016 | https://spinrilla.com/songs/450068-pimp-c-feat-asap-rocky-juicy-j-bun-b-wavybone | https://spinrilla.com/mixtapes/dj-dirty-dollarz-hot-this-week-35 | 12/5/2015 |

| ARTIST NAME | SOUND RECORDING TITLE | REGISTRATION NUMBER | AUDIBLE MAGIC DELIVERY DATE | URL OF INFRINGING VERSION ON SPINRILLA (TRACK) | URL OF INFRINGING VERSION ON SPINRILLA (MIXTAPE) | DATE OF INFRINGEMENT BY SPINRILLA |
|---|---|---|---|---|---|---|
| Aaliyah | Age Ain't Nothing But A Number | SR0000288078 | 12/9/2015 | https://spinrilla.com/songs/332163-aaliyah-age-ain-t-nothing-but-a-number | https://spinrilla.com/mixtapes/young-rb-best-of-aaliyah-tribute-evolution | 6/15/2015 |
| Aaliyah | At Your Best (You Are Love) | SR0000288078 | 12/9/2015 | https://spinrilla.com/songs/317493-aaliyah-aaliyah-at-your-best-you-are-loved | https://spinrilla.com/mixtapes/dj-willie-flight-best-of-aaliyah | 5/22/2015 |
| Aaliyah | At Your Best (You Are Love) | SR0000288078 | 12/9/2015 | https://spinrilla.com/songs/332166-aaliyah-at-your-best-you-are-love | https://spinrilla.com/mixtapes/young-rb-best-of-aaliyah-tribute-evolution | 6/15/2015 |
| Aaliyah | Back & Forth | SR0000288078 | 12/9/2015 | https://spinrilla.com/songs/332176-aaliyah-back-and-forth-mr-lee-and-r | https://spinrilla.com/mixtapes/young-rb-best-of-aaliyah-tribute-evolution | 6/15/2015 |
| Aaliyah | Back & Forth | SR0000288078 | 12/9/2015 | https://spinrilla.com/songs/317477-aaliyah-aaliyah-back-and-forth | https://spinrilla.com/mixtapes/dj-willie-flight-best-of-aaliyah | 5/22/2015 |
| Aaliyah | Back & Forth | SR0000288078 | 12/9/2015 | https://spinrilla.com/songs/332162-aaliyah-back-and-forth | https://spinrilla.com/mixtapes/young-rb-best-of-aaliyah-tribute-evolution | 6/15/2015 |
| Aaliyah | I'm Down | SR0000288078 | 12/18/2015 | https://spinrilla.com/songs/332174-aaliyah-i-m-down | https://spinrilla.com/mixtapes/young-rb-best-of-aaliyah-tribute-evolution | 6/15/2015 |
| Aaliyah | I'm So Into You | SR0000288078 | 12/18/2015 | https://spinrilla.com/songs/317479-aaliyah-aaliyah-i-m-so-into-you | https://spinrilla.com/mixtapes/dj-willie-flight-best-of-aaliyah | 5/22/2015 |
| Aaliyah | I'm So Into You | SR0000288078 | 12/18/2015 | https://spinrilla.com/songs/332170-aaliyah-i-m-so-into-you | https://spinrilla.com/mixtapes/young-rb-best-of-aaliyah-tribute-evolution | 6/15/2015 |
| Aaliyah | Old School | SR0000288078 | 12/18/2015 | https://spinrilla.com/songs/332173-aaliyah-old-school | https://spinrilla.com/mixtapes/young-rb-best-of-aaliyah-tribute-evolution | 6/15/2015 |
| Aaliyah | Street Thing | SR0000288078 | 12/18/2015 | https://spinrilla.com/songs/332171-aaliyah-street-thing | https://spinrilla.com/mixtapes/young-rb-best-of-aaliyah-tribute-evolution | 6/15/2015 |
| Aaliyah | Throw Your Hands Up | SR0000288078 | 12/9/2015 | https://spinrilla.com/songs/332161-aaliyah-throw-your-hands-up | https://spinrilla.com/mixtapes/young-rb-best-of-aaliyah-tribute-evolution | 6/15/2015 |
| Adele | All I Ask | SR0000773819 | 12/27/2015 | https://spinrilla.com/songs/444476-adele-all-i-ask | https://spinrilla.com/mixtapes/dj-miles-tracks-of-the-month-november-edition | 11/27/2015 |
| Adele | Hello | SR0000774139 | 12/27/2015 | https://spinrilla.com/songs/428733-adele-hello | https://spinrilla.com/mixtapes/dj-jay-rock-blazin-r-b-41 | 11/5/2015 |
| Adele | Hello | SR0000774139 | 12/27/2015 | https://spinrilla.com/songs/423446-rick-ross-feat-adele-hello-remix | https://spinrilla.com/mixtapes/dj-dirty-dollarz-hot-this-week-30 | 10/31/2015 |
| Adele | Hello | SR0000774139 | 12/27/2015 | https://spinrilla.com/songs/422034-adele-hello-feat-rick-ross | https://spinrilla.com/mixtapes/dj-miles-tracks-of-the-month-october-edition | 10/30/2015 |
| Adele | Hello | SR0000774139 | 12/27/2015 | https://spinrilla.com/songs/444396-rick-ross-hello-feat-adele | https://spinrilla.com/mixtapes/rick-ross-renzel-remixes | 11/26/2015 |
| Adele | Hello | SR0000774139 | 12/27/2015 | https://spinrilla.com/songs/461252-adele-hello | https://spinrilla.com/mixtapes/dj-creative-mind-best-of-2015 | 12/23/2015 |
| Adele | Hello | SR0000774139 | 12/27/2015 | https://spinrilla.com/songs/439262-dj-stylez-adele-ft-rick-ross-hello-rmx | https://spinrilla.com/mixtapes/dj-stylez-hiphop-rnb-stylez-vol-91 | 11/20/2015 |
| Adele | Hello | SR0000774139 | 12/27/2015 | https://spinrilla.com/songs/425624-dj-rico-banks-adele-hello | https://spinrilla.com/mixtapes/dj-rico-banks-back-on-top | 11/1/2015 |
| Adele | Love In The Dark | SR0000773819 | 12/27/2015 | https://spinrilla.com/songs/444493-adele-love-in-the-dark | https://spinrilla.com/mixtapes/dj-miles-tracks-of-the-month-november-edition | 11/27/2015 |
| Adele | Remedy | SR0000773819 | 12/27/2015 | https://spinrilla.com/songs/444492-adele-remedy | https://spinrilla.com/mixtapes/dj-miles-tracks-of-the-month-november-edition | 11/27/2015 |
| Adele | When We Were Young | SR0000773819 | 12/27/2015 | https://spinrilla.com/songs/444490-adele-when-we-were-young | https://spinrilla.com/mixtapes/dj-miles-tracks-of-the-month-november-edition | 11/27/2015 |
| Alexander O'Neal | Never Knew Love Like This | SR0000088690 | N/A | https://spinrilla.com/songs/114248-alexander-o-neal-feat-cherrelle-never-knew-love-like-this | https://spinrilla.com/mixtapes/dj-hi-volume-this-is-r-and-b-vol-17 | 4/25/2014 |
| Alicia Keys | Fire We Make | SR0000731107 | 12/19/2015 | https://spinrilla.com/songs/20958-dj-sir-swift-fire-we-make-alicia-keys-ft-maxwell | https://spinrilla.com/mixtapes/dj-sir-swift-omg-its-r-b-vol-4 | 7/16/2013 |
| Alicia Keys | Fire We Make | SR0000731107 | 12/8/2015 | https://spinrilla.com/songs/163889-alicia-keys-maxwell-fire-we-make-mixnotfix | https://spinrilla.com/mixtapes/dj-blurray-between-tha-sheetz-23 | 12/3/2013 |
| Alicia Keys | In Common | SR0000783779 | 4/27/2016 | https://spinrilla.com/songs/750580-alicia-keys-feat-kanye-west-travis-scott-in-common-remix | https://spinrilla.com/mixtapes/dj-amanda-blaze-r-b-summer-jams-2016-hosted-by-verse-simmonds | 8/16/2016 |
| Alicia Keys | In Common | SR0000783779 | 4/27/2016 | https://spinrilla.com/songs/751085-alicia-keys-in-common-remix-feat-kanye-west-travis-scott | https://spinrilla.com/mixtapes/dj-key-tracks-of-the-month-august-edition-back-to-school-list | 8/17/2016 |
| Alicia Keys | In Common | SR0000783779 | 4/27/2016 | https://spinrilla.com/songs/631931-alicia-keys-in-common | https://spinrilla.com/mixtapes/dj-lazy-k-sound-divas-4 | 5/21/2016 |
| Alicia Keys | In Common | SR0000783779 | 4/27/2016 | https://spinrilla.com/songs/650063-alicia-keys-in-common | https://spinrilla.com/mixtapes/fred-nice-vibe-with-us-vol-1 | 6/3/2016 |
| Alicia Keys | In Common | SR0000783779 | 4/27/2016 | https://spinrilla.com/songs/615793-alicia-keys-in-common | https://spinrilla.com/mixtapes/djmellz1017-futuristic-r-b-26 | 5/7/2016 |