UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ATLANTIC RECORDING CORPORATION, LAFACE RECORDS LLC, SONY MUSIC ENTERTAINMENT, UMG RECORDINGS, INC., WARNER BROS. RECORDS INC., ARISTA MUSIC, ARISTA RECORDS LLC, BAD BOY RECORDS LLC, CAPITOL RECORDS, LLC, ELEKTRA ENTERTAINMENT GROUP INC., ROC-A-FELLA RECORDS, LLC, SONY MUSIC ENTERTAINMENT US LATIN LLC, and ZOMBA RECORDING LLC,<br><br>    Plaintiffs,<br><br>    v.<br><br>SPINRILLA, LLC and JEFFERY DYLAN COPELAND,<br><br>    Defendants. | Civil Action No.<br>1:17-CV-00431-AT |

**PLAINTIFFS' MOTION FOR
SUMMARY JUDGMENT ON LIABILITY**

Pursuant to Local Rule 56.1, Plaintiffs Atlantic Recording Corporation, LaFace Records LLC, Sony Music Entertainment, UMG Recordings, Inc., Warner

1

Bros. Records Inc., Arista Music, Arista Records LLC, Bad Boy Records LLC, Capitol Records, LLC, Elektra Entertainment Group Inc., Roc-A-Fella Records, LLC, Sony Music Entertainment US Latin LLC, and Zomba Recording LLC (collectively "Plaintiffs") hereby move for summary judgment on Defendants' liability. As described in the attached Brief in Support of Plaintiffs' Motion for Summary Judgment on Liability, an overwhelming volume of undisputed evidence demonstrates that Defendants have encouraged, facilitated, profited from, and themselves engaged in infringement of Plaintiffs' copyrighted sound recordings on a massive scale. There is no genuine dispute as to any material fact concerning Defendants' liability. Accordingly, Plaintiffs respectfully request that the Court grant this motion and enter a judgment in Plaintiffs' favor, and against Defendants, on Defendants' liability on Counts I and II of Plaintiffs' Amended Complaint, Dkts. 127, 221-1.

In support of this motion, Plaintiffs rely upon the attached Brief; the attached Rule 56.1 Statement of Undisputed Material Facts; the attached declarations of Scott Bauman, Wade Leak, Paul Sinclair, Carlos Linares, Jeremy Landis, William Scott Duvall Jr., James Pollock, Kenneth L. Doroshow, Scott B. Wilkens, Previn Warren, Albert Peterson, and Jeffrey K. Phillips and the accompanying exhibits filed herewith; Plaintiffs' Counter-Statement of Facts in Opposition to Defendants' First

Motion for Summary Judgment filed on February 13, 2018, Dkts. 177-1, 178-1; and upon prior papers filed, and prior proceedings held, in this matter.

This 19th day of December, 2018.              Respectfully submitted,

/s/ *Kenneth L. Doroshow*

| | |
|---|---|
| JENNER & BLOCK LLP | TROUTMAN SANDERS LLP |
| KENNETH L. DOROSHOW<br>(Admitted *Pro Hac Vice*)<br>SCOTT B. WILKENS<br>(Admitted *Pro Hac Vice*)<br>PREVIN WARREN<br>(Admitted *Pro Hac Vice*)<br>1099 New York Ave., N.W. Suite 900<br>Washington, DC 20001<br>Telephone: (202) 639-6000<br>Facsimile: (202) 639-6066 | JAMES A. LAMBERTH<br>james.lamberth@troutmansanders.com<br>Georgia Bar No. 431851<br>600 Peachtree Street, N.E.<br>Suite 5200, Bank of America Plaza<br>Atlanta, GA 30308-2216<br>Telephone: (404) 885-3362<br>Facsimile: (404) 962-6611 |
| AVA U. McALPIN<br>(Admitted *Pro Hac Vice*)<br>919 Third Avenue<br>New York, NY 10022<br>Telephone: (212) 891-1600<br>Facsimile: (212) 891-1699 | |

*Attorneys for Plaintiffs*

## CERTIFICATE OF COUNSEL REGARDING FONT SIZE

I, Ava U. McAlpin, an attorney, hereby certify that the foregoing has been prepared with a font size and point selection (Times New Roman, 14 pt.) which is approved by the Court pursuant to Local Rules 5.1(C) and 7.1(D).

/s/ Ava U. McAlpin\_\_\_\_\_
AVA U. McALPIN

## CERTIFICATE OF SERVICE

I, Ava U. McAlpin, an attorney, hereby certify that on this 19th day of December 2018, the foregoing papers were electronically filed with the Clerk of Court using the CM/ECF system, which will automatically send electronic notification and a service copy of this filing to all counsel of record who have appeared in this matter.

/s/ Ava U. McAlpin\_\_\_\_
AVA U. McALPIN