# Brief in Support of Plaintiffs' Motion for Summary Judgment on Liability Provisionally Filed Under Seal Pursuant to Dkt. 186