UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ATLANTIC RECORDING CORPORATION, LAFACE RECORDS LLC, SONY MUSIC ENTERTAINMENT, UMG RECORDINGS, INC., WARNER BROS. RECORDS INC., ARISTA MUSIC, ARISTA RECORDS LLC, BAD BOY RECORDS LLC, CAPITOL RECORDS, LLC, ELEKTRA ENTERTAINMENT GROUP INC., ROC-A-FELLA RECORDS, LLC, SONY MUSIC ENTERTAINMENT US LATIN LLC, and ZOMBA RECORDING LLC, <br><br>    Plaintiffs, <br><br>    v. <br><br> SPINRILLA, LLC and JEFFERY DYLAN COPELAND, <br><br>    Defendants. | Civil Action No. 1:17-CV-00431-AT |

**[PROPOSED] ORDER GRANTING SUMMARY JUDGMENT IN PLAINTIFFS' FAVOR ON LIABILITY**

The Court having carefully considered Plaintiffs' Motion for Summary Judgment on Liability and having carefully considered the Defendants' response thereto holds that the Motion is well founded in both fact and law and orders that Plaintiffs' Motion is granted. Judgment is hereby directed for Plaintiffs on Defendants' liability on all counts of Plaintiffs' Amended Complaint, Dkts. 127, 221-1.

IT IS SO ORDERED, this __ day of ____, 2019.

> _____
> Amy Totenberg, Judge
> United States District Court
> Northern District of Georgia