UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ATLANTIC RECORDING CORPORATION, LAFACE RECORDS LLC, SONY MUSIC ENTERTAINMENT, UMG RECORDINGS, INC., WARNER BROS. RECORDS INC., ARISTA MUSIC, ARISTA RECORDS LLC, BAD BOY RECORDS LLC, CAPITOL RECORDS, LLC, ELEKTRA ENTERTAINMENT GROUP INC., ROC-A-FELLA RECORDS, LLC, SONY MUSIC ENTERTAINMENT US LATIN LLC, and ZOMBA RECORDING LLC,<br><br>    Plaintiffs,<br><br>    v.<br><br>SPINRILLA, LLC and JEFFERY DYLAN COPELAND,<br><br>    Defendants. | Civil Action No.<br>1:17-CV-00431-AT |

**PLAINTIFFS' RENEWED MOTION FOR PARTIAL SUMMARY JUDGMENT ON DEFENDANTS' DMCA SAFE HARBOR DEFENSE**

Pursuant to Local Rule 56.1 and this Court's January 4, 2018 Order, Dkt. 167, Plaintiffs Atlantic Recording Corporation, LaFace Records LLC, Sony Music

1

Entertainment, UMG Recordings, Inc., Warner Bros. Records Inc., Arista Music, Arista Records LLC, Bad Boy Records LLC, Capitol Records, LLC, Elektra Entertainment Group Inc., Roc-A-Fella Records, LLC, Sony Music Entertainment US Latin LLC, and Zomba Recording LLC (collectively "Plaintiffs") hereby renew their previously filed Motion for Partial Summary Judgment, Dkts. 42, 155, and move for partial summary judgment against Defendants on the affirmative defense pled in paragraph 17 of Defendants' Amended Answer, Dkt. 154. Plaintiffs respectfully request that the Court grant this motion for the reasons set forth in their attached Brief in Support of Plaintiffs' Renewed Motion for Partial Summary Judgment on Defendants' DMCA Safe Harbor Defense, which shows that there is no genuine dispute as to any material fact and that Plaintiffs are entitled to judgment as a matter of law.

In support of this motion, Plaintiffs rely upon the attached Brief; the Rule 56.1 Statement of Undisputed Material Facts attached to Plaintiffs' Motion for Partial Summary Judgment filed herewith; the declarations of Scott Bauman, Wade Leak, Paul Sinclair, Carlos Linares, Jeremy Landis, William Scott Duvall Jr., James Pollock, Kenneth L. Doroshow, Previn Warren, Scott B. Wilkens, Albert Peterson, and Jeffrey K. Phillips and the accompanying exhibits attached to Plaintiffs' Motion for Partial Summary Judgment filed herewith; Plaintiffs' Rule 56.1 Statement of

Undisputed Facts filed on July 18, 2017, Dkt. 42-2; Plaintiffs' Counter-Statement of Facts in Opposition to Defendants' First Motion for Summary Judgment filed on February 13, 2018, Dkts. 177-1, 178-1; and upon prior papers filed, and prior proceedings held, in this matter.

This 19th day of December, 2018.    Respectfully submitted,

TROUTMAN SANDERS LLP                JENNER & BLOCK LLP

/s/ James A. Lamberth               /s/ Kenneth L. Doroshow
JAMES A. LAMBERTH                   KENNETH L. DOROSHOW (*pro hac vice*)
james.lamberth@troutmansanders.com  SCOTT B. WILKENS (*pro hac vice*)
Georgia Bar No. 431851              PREVIN WARREN (*pro hac vice*)
600 Peachtree Street, N.E.          1099 New York Ave., N.W.
Suite 5200, Bank of America Plaza   Suite 900
Atlanta, GA 30308-2216              Washington, DC 20001
Telephone: (404) 885-3362           Telephone: (202) 639-6000
Facsimile: (404) 962-6611           Facsimile: (202) 639-6066

                                    AVA U. McALPIN (*pro hac vice*)
                                    919 Third Avenue
                                    New York, NY 10022
                                    Telephone: (212) 891-1600
                                    Facsimile: (212) 891-1699

                                    *Attorneys for Plaintiffs*

## CERTIFICATE OF COUNSEL REGARDING FONT SIZE

I, Ava U. McAlpin, an attorney, hereby certify that the foregoing has been prepared with a font size and point selection (Times New Roman, 14 pt.) which is approved by the Court pursuant to Local Rules 5.1(C) and 7.1(D).

/s/ Ava U. McAlpin_____
AVA U. McALPIN

## CERTIFICATE OF SERVICE

I, Ava U. McAlpin, an attorney, hereby certify that on this 19th day of December 2018, the foregoing papers were electronically filed with the Clerk of Court using the CM/ECF system, which will automatically send electronic notification and a service copy of this filing to all counsel of record who have appeared in this matter.

/s/ Ava U. McAlpin_____
AVA U. McALPIN