IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| ATLANTIC RECORDING CORPORATION, *et al.,* | ) ) ) | |
| Plaintiffs, | ) ) | |
| | ) | Case No.: |
| v. | ) ) | 1:17-CV-0431-AT |
| SPINRILLA, LLC, *et al.,* | ) ) | |
| Defendants. | ) ) | |
| _____ | ) | |

## MOTION FOR SUMMARY JUDMGENT ON PLAINTIFFS' CLAIMS OF DIRECT AND SECONDARY COPYRIGHT INFRINGEMENT

Pursuant to Rule 56 of the Federal Rules of Summary Judgment and Local Rule 56.1, Defendants move for summary judgment as follows:

Two counts are pending against Defendants: direct and indirect copyright infringement. (Dkt. 127). As demonstrated in Defendants' contemporaneously filed Brief in Support and Statement of Material Facts, there are no genuine disputes as to any material facts and Defendants are entitled to judgment as a matter of law on both of those counts. Therefore, Defendants respectfully request summary judgment as to those two counts, which are all of the counts pending against Defendants.

Respectfully submitted this 7th day of January, 2019.

**LILENFELD PC**

*/s/ David M. Lilenfeld*
David M. Lilenfeld
Georgia Bar # 452399
3379 Peachtree Road NE, Suite 980
Atlanta, Georgia 30326
Telephone: (404) 201-2520
David@Lilenfeld.com
Attorney for Defendants

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

|  |  |  |
|---|---|---|
| ATLANTIC RECORDING<br>CORPORATION, *et al.,* | ) | |
| | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | Case No.: |
| v. | ) | |
| | ) | 1:17-CV-0431-AT |
| SPINRILLA, LLC, *et al.,* | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

## CERTIFICATE OF SERVICE

The foregoing Defendants' Motion For Summary Judgment on Plaintiffs' Claims of Direct and Secondary Copyright Infringement of was filed today, January 7, 2019, using the Court's *CM/ECF* system, which automatically and contemporaneously sends electronic notification and a service copy of this filing to the following counsel of record:

James A. Lamberth, Esq.
*james.lamberth@troutmansanders.com*

Previn Warren, Esq.
*pwarren@jenner.com*

Kenneth L. Doroshow, Esq.
*kdoroshow@jenner.com*

Ava U. McAlpin, Esq.
*amcalpin@jenner.com*

January 7, 2019

*/s/ David M. Lilenfeld*
David M. Lilenfeld