# Brief in Support of Defendants' Motion for Summary Judgment on Liability Provisionally Filed Under Seal Pursuant to Dkt. 186