IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ATLANTIC RECORDING CORPORATION, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> SPINRILLA, LLC, *et al.*, <br><br> Defendants. <br> _____ | Case No.: <br><br> 1:17-CV-0431-AT |

## DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT AS TO THEIR DMCA SAFE HARBOR DEFENSE

Pursuant to Rule 56 of the Federal Rules of Summary Judgment and Local Rule 56.1, Defendants Spinrilla, LLC and Jeffery Dylan Copeland move for Partial Summary Judgment as follows:

Two counts are pending against Defendants: direct and indirect copyright infringement. (Dkt. 127). As demonstrated in Defendants' contemporaneously filed Brief in Support and Statement of Material Facts, there are no genuine disputes as to any material facts and Defendants are entitled to judgment as a matter of law as to those two pending counts for infringement occurring on or after July 29, 2017. In other words, under Section 512(c) of the DMCA, Defendants are shielded from liability to Plaintiffs for any infringement (direct or indirect) occurring on or after

1

July 29, 2017. Defendants respectfully request summary judgment in this regard.

Respectfully submitted this 7th day of January, 2019.

**LILENFELD PC**
*/s/ David M. Lilenfeld*
David M. Lilenfeld
Georgia Bar # 452399
3379 Peachtree Road NE, Suite 980
Atlanta, Georgia 30326
Telephone: (404) 201-2520
David@Lilenfeld.com
Attorney for Defendants

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ATLANTIC RECORDING CORPORATION, *et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>SPINRILLA, LLC, *et al.*,<br><br>    Defendants. | Case No.:<br><br>1:17-CV-0431-AT |

### CERTIFICATE OF SERVICE

The foregoing MOTION FOR PARTIAL SUMMARY JUDGMENT AS TO THEIR DMCA SAFE HARBOR DEFENSE was filed today, January 7, 2019, using the Court's *CM/ECF* system, which automatically and contemporaneously sends electronic notification and a service copy of this filing to the following counsel of record:

James A. Lamberth, Esq.
*james.lamberth@troutmansanders.com*

Previn Warren, Esq.
*pwarren@jenner.com*

Kenneth L. Doroshow, Esq.
*kdoroshow@jenner.com*

Ava U. McAlpin, Esq.
*amcalpin@jenner.com*

January 7, 2019

*/s/ David M. Lilenfeld*
David M. Lilenfeld

3