IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ATLANTIC RECORDING CORPORATION, *et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>SPINRILLA, LLC, *et al.*,<br><br>    Defendants. | CIVIL ACTION NO.<br>1:17-CV-0431-AT |

## DEFENDANTS' NOTICE OF FILING DEPOSITION TRANSCRIPT EXHIBITS OF PAUL SINCLAIR

Defendants make this filing pursuant to the Court's Standing Order (Dkt. 5) and the Court's Order dated March 1, 2018 (Dkt. 186). The transcript of the 30(b)(6) deposition of Paul Sinclair was filed by Plaintiffs (Dkt. 184) but without the deposition exhibits. Because they are material to Defendants' Motion for Summary Judgment, Defendants gives this notice of filing under seal the below exhibits to the 30(b)(6) deposition of Paul Sinclair.

    1. Exhibit 7 (Youngboy Never Broke Again Marketing Plan of Action)

    2. Exhibit 9 (Email FW: Spinrilla // WNC)

This 7th day of January, 2019.        Respectfully submitted,

**LILENFELD PC**

*/s/David M. Lilenfeld*
David M. Lilenfeld
Georgia Bar No.: 452399
Attorneys for Defendant
3379 Peachtree Rd, NE – Suite 980
Atlanta, GA 30326
(404) 201-2520 – telephone
David@Lilenfeld.com

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ATLANTIC RECORDING CORPORATION, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> SPINRILLA, LLC, *et al.*, <br><br> Defendants. | Case No.: <br><br> 1:17-CV-0431-AT |

## CERTIFICATE OF SERVICE

The foregoing Defendants' Deposition Transcript Exhibits of Paul Sinclair in Support of Their Motion For Summary Judgment on Plaintiffs' Claims of Direct and Secondary Copyright Infringement of was filed today, January 7, 2019, using the Court's *CM/ECF* system, which automatically and contemporaneously sends electronic notification and a service copy of this filing to the following counsel of record:

James A. Lamberth, Esq.
*james.lamberth@troutmansanders.com*

Previn Warren, Esq.
*pwarren@jenner.com*

Kenneth L. Doroshow, Esq.
*kdoroshow@jenner.com*

Ava U. McAlpin, Esq.
*amcalpin@jenner.com*

January 7, 2019

*/s/ David M. Lilenfeld*
David M. Lilenfeld