# EXHIBIT B

## DOCUMENTS SPINRILLA REQUESTS HAVE CERTAIN PORTIONS REDACTED IN PUBLIC FILING

- Plaintiffs' Brief in Support of Motion for Summary Judgment (Liability) (Dkt. 225)

- Plaintiff's Brief in Support of Motion for Summary Judgment (DMCA) (Dtk. 227)

- Wilkens Ex. 014 Defendants' Responses to Plaintiffs' First Requests for Admission Nos. 1, 3, 5, 7, 8, 11, 13, 15, 17, 28-31, 35 (Dkt. 238-14)

- Wilkens Ex. 015 Defendants' Responses to Plaintiffs' Second Requests for Admission No. 43 (Dkt. 238-15)

- Wilkens Ex. 016 Defendants' Responses to Plaintiffs' Interrogatories Nos. 5, 6 (Dkt. 238-16)

- Wilkens Ex. 017 Defendants' Responses to Plaintiffs' Interrogatories Nos. 12, 12, 14, 15 (Dkt. 238-17)

- Wilkens Ex. 018 Defendants' Amended Responses to Plaintiffs' Interrogatories Nos. 2, 9 (Dkt. 238-18)

- Confidential and Highly Confidential Transcripts of Anastasia Simon (Dkt. 259)

- Defendants' Brief in Support of Motion for Summary Judgment (Liability) (Dkt. 263) (joint redacted version filed by Plaintiffs)

- Defendants' Brief in Support of Motion for Summary Judgment (DMCA) (Dkt. 265) (joint redacted version filed by Plaintiffs)

- Declaration of Copeland 268

- Exhibit to Deposition of Strawn (Dkt. 278-28) (joint redacted version filed by Plaintiffs)

- Exhibits to Spinrilla 30(b)(6) Deposition (Dkt. 282-2 through 282-4)

- Plaintiff UMG's Response to RFAs (Dkt. 284) (joint redacted version filed by Plaintiffs)

- Plaintiff Warner's Responses to RFAs (Dkt. 286) (joint redacted version filed by Plaintiffs)

- Plaintiff Sony's Responses to RFAs (Dkt. 288)

- Plaintiff UMG's Responses to Interrogatories (Dkt. 290)

- Defendants' Responses to Interrogatories (Dkt. 292)

- Defendants' Responses to RFAs (Dkt. 294)

- Defendants' Brief in Opposition to Motion for Summary Judgment (Liability) (Dkt. 303) (joint redacted version filed by Plaintiffs)

- Defendants' Brief in Opposition to Plaintiffs' Motion for Summary Judgment (DMCA) (Dkt. 305) (joint redacted version filed by Plaintiffs)

- Plaintiffs' Brief in Opposition to Motion for Summary Judgment (Liability) (Dkt. 319)

- Plaintiff's Brief in Opposition to Motion for Summary Judgment (DMCA) (Dkt. 320)

- Plaintiffs' Memo in Support of Motion to Strike (Dkt 322-1)

- Exhibit to Declaration of Ava McAlpin (Dkt. 323-12)

- Defendants' Reply in Support of Motion for Summary Judgment (Liability) (Dkt. 332) (joint redacted version filed by Plaintiffs)

- Defendants' Reply in Support of Motion for Summary Judgment (DMCA) (Dkt. 333)

- Defendants' Opposition to Plaintiffs' Motion to Strike (Dkt. 334) (joint redacted version filed by Plaintiffs)

- Plaintiffs' Reply in Support of Motions for Summary Judgment (Dkt. 338) (joint redacted version filed by Plaintiffs)

- Plaintiffs' Reply in support of Motion to Strike (Dkt. 344)