UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ATLANTIC RECORDING CORPORATION, LAFACE RECORDS LLC, SONY MUSIC ENTERTAINMENT, UMG RECORDINGS, INC., WARNER BROS. RECORDS INC., ARISTA MUSIC, ARISTA RECORDS LLC, BAD BOY RECORDS LLC, CAPITOL RECORDS, LLC, ELEKTRA ENTERTAINMENT GROUP INC., ROC-A-FELLA RECORDS, LLC, SONY MUSIC ENTERTAINMENT US LATIN LLC, and ZOMBA RECORDING LLC,<br><br>　　　Plaintiffs,<br><br>　　　v.<br><br>SPINRILLA, LLC and JEFFERY DYLAN COPELAND,<br><br>　　　Defendants. | Civil Action No.<br>1:17-CV-00431-AT |

**NOTICE OF JOINT FILING OF REDACTED DOCUMENTS**

Pursuant to the Court's Standing Order (Dkt. 5) and the Court's Order dated March 29, 2019 (Dkt. 347), the parties hereby give notice of the joint filing of the following documents, which reflect both Plaintiffs' and Defendants' proposed redactions subject to the parties' respective sealing motions. Neither Plaintiffs nor Defendants object to the proposed redactions in the documents filed herewith:

(1) Defendants' Brief in Support of Their Motion for Summary Judgment on Plaintiffs' Claims of Direct and Secondary Copyright Infringement (Dkt. 263);

(2) Defendants' Brief in Support of Their Motion for Partial Summary Judgment as to Their DMCA Safe Harbor Defense (Dkt. 265);

(3) attachment to the Expert Report of John Strawn, Ph.D. (Dkt. 278-28);

(4) Plaintiff UMG Recordings, Inc.'s Amended Responses and Objections to Defendants' First Requests for Admission to UMG Recordings, Inc. (Dkt. 284);

(5) Plaintiff Warner Bros. Records Inc. and Plaintiff Atlantic Recording Corporation's Amended Responses and Objections to Defendants' First Requests for Admission to Warner Bros. Records Inc. and Defendants' First Requests for Admission to Atlantic Recording Corporation (Dkt. 286);

(6) Defendants' Opposition to Plaintiffs' Motion for Summary Judgment (Dkt. 303);

(7) Defendants' Opposition to Plaintiffs' Renewed Motion for Partial Summary Judgment on Defendants' DMCA Defense (Dkt. 305);

(8) Defendants' Reply in Further Support of Defendants' Liability Brief (Dkt. 332);

(9) Defendants' Opposition to Plaintiffs' Motion to Strike (Dkt. 334); and

(10) Plaintiffs' Reply Brief in Support of Both Plaintiffs' Motion for Summary Judgment on Liability and Renewed Motion for Partial Summary Judgment on Defendants' DMCA Safe Harbor Defense (Dkt. 338).

This 15th day of April, 2019.  Respectfully submitted,

JENNER & BLOCK LLP  LILENFELD P.C.

*/s/ Previn Warren*  */s/ David M. Lilenfeld*

PREVIN WARREN  DAVID LILENFELD
(Admitted *Pro Hac Vice*)  Georgia Bar No. 452399
1099 New York Ave., N.W. Suite 900  ROBIN GENTRY
Washington, DC 20001  Georgia Bar No. 289899
Telephone: (202) 637-6361  9 Peachtree Rd. N.E., Suite 980
Facsimile: (202) 639-6066  Atlanta, GA 30326
  Tel: (404) 201-2520
ANDREW H. BART  *Attorneys for Defendants*
(Admitted *Pro Hac Vice*)
AVA U. McALPIN
(Admitted Pro Hac Vice)
919 Third Avenue
New York, NY 10022
Telephone: (212) 891-1600
Facsimile: (212) 891-1699

TROUTMAN SANDERS LLP

JAMES A. LAMBERTH
Georgia Bar No. 431851
600 Peachtree Street, N.E.
Suite 5200, Bank of America Plaza
Atlanta, GA 30308-2216
Tel: (404) 885-3362

*Attorneys for Plaintiffs*

## CERTIFICATE OF COUNSEL REGARDING FONT SIZE

I, Ava U. McAlpin, an attorney, hereby certify that the foregoing has been prepared with a font size and point selection (Times New Roman, 14 pt.) which is approved by the Court pursuant to Local Rules 5.1(C) and 7.1(D).

/s/ Ava U. McAlpin<br>
AVA U. McALPIN

## CERTIFICATE OF SERVICE

I, Ava U. McAlpin, an attorney, hereby certify that on this 15th day of April, 2019, the foregoing papers were electronically filed with the Clerk of Court using the CM/ECF system, which will automatically send electronic notification and a service copy of this filing to all counsel of record who have appeared in this matter.

/s/ Ava U. McAlpin<br>
AVA U. McALPIN