# Attachment to the Expert Report of John Strawn, Ph.D. (Dkt. 278-28)

# Plaintiffs' and Defendants' Redactions

Case 1:17-cv-00431-AT Document 135-3 Filed 04/15/19 Page 2 of 21
Case 1:15-cv-00431-AT Document 276-28 SEALED Filed 01/07/19 Page 1 of 20

# Appendix B – Example Metadata Files

Each fingerprinted media file **must** have corresponding metadata supplied in a metadata file. However, a single metadata file can contain metadata for more than one media file, such as all the tracks in an album. For additional information, see the .xsd file included in the "XML Schema" folder and mentioned in the third line of each example.

## Sample Files

### 1A. For Music (English Only)

```
<?xml version="1.0"?>
<AMXML xmlns:xsi="http://www.w3.org/2001/XMLSchema-instance" xsi:noNames-
paceSchemaLocation="http://registration.audiblemagic.com/schemas/AMMusicXML1.4.xsd"
>
  <Type>Album</Type>
  <Version>1.4</Version>
  <ContentProvider>Name of the Content Supplier</ContentProvider>
  <Album>
    <Type>New </Type>
    <VendorAlbumID>ID that uniquely identifies this album. This is unique to the
Content Supplier</VendorAlbumID>
    <Metadata>
      <Title>Album title</Title>
      <Artist>Artist's name</Artist>
      <Label>Record label of the Album</Label>
      <UPC>Universal Product Code. This must be a valid UPC</UPC>
      <ReleaseDate format="YYYY-MM-DD">Release date </ReleaseDate>
      <Genre>Rock/pop/classical/etc.</Genre>
      <TrackCnt> One-based numbering</TrackCnt>
      <DiscCnt>One-based numbering</DiscCnt>
      <PLine>Sound recording information</PLine>
    </Metadata>
    <Tracks>
      <Track>
        <Type>New</Type>
        <VendorTrackID>ID that uniquely identifies this album. This is unique to the
Content Supplier</VendorTrackID>
        <Metadata>
          <Title>Song title</Title>
          <Artist>Artist's name</Artist>
          <ISRC>International Standard Recording Code, no dashes</ISRC>
          <LengthSec>Duration in seconds</LengthSec>
          <SongWriter>Song Writer</SongWriter>
          <DiscNo>One-based numbering</DiscNo>
          <TrackNo>One-based numbering</TrackNo>
          <Label>Record Label of the song, if it is different from the album label</La-
bel>
        </Metadata>
        <Content>
          <FileName>The name and extension of the media file</FileName>
```

SPIN000136832

```
      </Content>
    </Track>
  </Tracks>
 </Album>
</AMXML>
```

## 1B. For Music (Multiple Languages)

If the language of the Content Supplier's metadata is **not in English**, please use the Multiple Languages package included under the Metadata XMLs folder within the Content Bundle.

```
<?xml version="1.0" encoding="utf-8"?>
<AMXML xmlns:xsi="http://www.w3.org/2001/XMLSchema-instance"
xsi:noNamespaceSchemaLocation="AMAlbumXML2.3.xsd">
 <Type>Album</Type>
 <Version>2.3</Version>
 <Supplier>Name of the Content Supplier</Supplier>
 <Album>
  <Type>New</Type>
  <VendorAlbumID>ID that uniquely identifies this album. This is unique to the
Content Supplier</VendorAlbumID>
  <Metadata language="XX" type="Native">
   <Title>Album title in the original language</Title>
   <Artist>Album artist's name in their original language</Artist>
  </Metadata>
  <Metadata language="XX" type="Pronunciation">
   <Title>Album title written phonetically in English</Title>
   <Artist>Album artist's name written phonetically in English</Artist>
  </Metadata>
  <Metadata language="XX" type="English">
   <Title>Album title translated to English</Title>
   <Artist>Album artist's name translated to English</Artist>
   <Label>Record label of the Album translated to English</Label>
   <UPC>Universal Product Code. This must be a valid UPC</UPC>
   <ReleaseDate format="YYYY-MM-DD">Release date</ReleaseDate>
   <Genre>Rock/pop/classical/etc. translated to English</Genre>
   <DiscCnt>One-based numbering</DiscCnt>
   <TrackCnt>One-based numbering</TrackCnt>
   <PLine>Sound recording information translated to English</PLine>
  </Metadata>
  <Asset type="Song">
   <Type>New</Type>
   <Metadata language="XX" type="Native">
    <Title>Song title in the original language</Title>
    <Artist>Artist's name in their original language</Artist>
   </Metadata>
   <Metadata language="XX" type="Pronunciation">
    <Title>Song title written phonetically in English</Title>
    <Artist>Artist's name written phonetically in English</Artist>
   </Metadata>
   <Metadata language="XX" type="English">
    <Title>Song title translated to English</Title>
    <Artist>Artist's name translated to English</Artist>
```

SPIN000136833

Teaming Up With Audible Magic: Content Registration                                    25

```
        <Label>Label of the song, if it is different from the Album Label translated to
English</Label>
        <Length format="SSS">Duration in seconds</Length>
        <SongWriter>Song Writer translated to English</SongWriter>
        <DiscNo>One-based numbering</DiscNo>
        <TrackNo>One-based numbering</TrackNo>
        <Advisory>Y or N</Advisory>
      </Metadata>
      <FileName>The name and extension of the media file</FileName>
      <AssetID type="AssetID">ID that uniquely identifies this track. This is unique to
the Content Supplier. This is the same value as the VendorTrackID tag in the
English-Only metadata</AssetID>
      <ISRC>International Standard Recording Code, no dashes</ISRC>
    </Asset>
  </Album>
</AMXML>
```

## 2A. For a Movie

```
<?xml version="1.0" encoding="utf-8"?>
<AMXML xmlns:xsi="http://www.w3.org/2001/XMLSchema-instance"
xsi:noNamespaceSchemaLocation="http://registration.audiblemagic.com/schemas/AMVideo
XML3.0.xsd">
  <Type>Movie</Type>
  <Version>3.0</Version>
  <ContentProvider>Name of the Content Supplier</ContentProvider>
  <Metadata Action="Add">
    <VendorVideoID>ID that uniquely identifies this movie. This is unique to the
Content Supplier</VendorVideoID>
    <MovieMetadata>
      <Title>Movie title</Title>
      <Studio>Studio name</Studio>
      <Description>A brief description of the film</Description>
      <Casts>
        <Cast>Cast member's name</Cast>
        <Cast>Cast member's name</Cast>
      </Casts>
      <Directors>
        <Director>Director's name</Director>
      </Directors>
      <Writers>
        <Writer>Writer's name</Writer>
        <Writer>Writer's name</Writer>
        <Writer>Writer's name</Writer>
      </Writers>
      <ReleaseDate format="YYYY-MM-DD">Movie's release date</ReleaseDate>
      <DVDReleaseDate format="YYYY-MM-DD">DVD release date</DVDReleaseDate>
      <Genre>Comedy/Sci-Fi/Fantasy/etc.</Genre>
      <RunTimeDuration format="HH:MM:SS">Duration of the movie<RunTimeDuration>
      <Rating>G/PG/etc.</Rating>
      <ReleaseCountry>Country the film is released in</ReleaseCountry>
      <OriginalLanguage>Native language of the movie</OriginalLanguage>
```

©2000-2016 Audible Magic Corporation

SPIN000136834

```
    <Language>Language of the movie, if different from the native
language</Language>
   </MovieMetadata>
   <Content>
    <FileName>The name and extension of the media file</FileName>
   </Content>
  </Metadata>
</AMXML>
```

## 2B. For a TV Show

```
<?xml version="1.0" encoding="utf-8"?>
<AMXML xmlns:xsi="http://www.w3.org/2001/XMLSchema-instance"
xsi:noNamespaceSchemaLocation="http://registration.audiblemagic.com/schemas/AMVideo
XML3.0.xsd">
 <Type>TV</Type>
 <Version>3.0</Version>
 <ContentProvider>Name of the Content Supplier</ContentProvider>
 <Metadata Action="Add">
  <VendorVideoID>ID that uniquely identifies this movie. This is unique to the
Content Supplier</VendorVideoID>
  <VideoMetadata>
   <SeriesTitle>Title of the series</SeriesTitle>
   <EpisodeTitle>Title of the episode</EpisodeTitle>
   <Studio>Name of the recording studio</Studio>
   <Description>A brief description of the episode</Description>
   <EpisodeNumber>Episode number of the season</EpisodeNumber>
   <Season>Season number</Season>
   <Casts>
    <Cast>Cast member's name</Cast>
    <Cast>Cast member's name</Cast>
   </Casts>
   <Directors>
    <Director>Director's name</Director>
   </Directors>
   <Writers>
    <Writer>Writer's name</Writer>
   </Writers>
   <ReleaseDate format="YYYY-MM-DD">Movie's release date</ReleaseDate>
   <DVDReleaseDate format="YYYY-MM-DD">DVD release date</DVDReleaseDate>
   <Genre>Horror/Action/Drama/etc.</Genre>
   <RunTimeDuration format="HH:MM:SS">Duration of the
episode</RunTimeDuration>
   <Rating>G/PG/etc.</Rating>
   <ReleaseCountry>Country the episode is released in</ReleaseCountry>
   <OriginalLanguage>Native language of the episode</OriginalLanguage>
   <Language>Language of the episode, if different from the native
language</Language>
  </VideoMetadata>
  <Content>
   <FileName>The name and extension of the media file</FileName>
  </Content>
 </Metadata>
```

SPIN000136835

Teaming Up With Audible Magic: Content Registration                    27

</AMXML>

©2000-2016 Audible Magic Corporation

# Contact Audible Magic Technical Support

For additional inquiries regarding the use of the Audible Magic fingerprinting software, or other technical questions, contact Audible Magic's Technical Support department at:

http://audiblemagic.zendesk.com

SPIN000136837

**SEND PAYMENT TO:**
**Summit Financial Resources for Audible**
**Magic**
**PO Box 844223**
**Los Angeles, CA 90084-4223**

Audible Magic Corporation

985 University Ave #35

Los Gatos, CA 95032

Phone: 408 399-6405

Fax:   408 399-6406

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 8/28/2017 | 13935 |

| BILL TO | SHIP TO |
|---------|---------|
| Spinrilla, LLC<br>2870 Peachtree Rd, #854<br>Atlanta, GA 30305 | |

| P.O. NUMBER | TERMS | REP | SHIP DATE | PROJECT | CONTACT |
|-------------|-------|-----|-----------|---------|---------|
| | Net 30 | VEI | 8/28/2017 | | Dylan Copeland |

| QTY | ITEM CODE | DESCRIPTION | PRICE EACH | AMOUNT |
|-----|-----------|-------------|------------|--------|
| 1 | Advance | Fee for Backlog Scrub using the Charts Service for up to 1 million files in accordance with the August 23, 2017 email from Vance Ikezoye. | ███ | ███ |

| | **Total** | ███ |
|---|---|---|

Audible Magic, CopySense, and RepliCheck are registered trademarks of the Audible Magic Corporation.

CONFIDENTIAL

# Invoice

**SEND PAYMENT TO:**
**Summit Financial Resources for Audible Magic**
**PO Box 844223**
**Los Angeles, CA 90084-4223**

Audible Magic Corporation
985 University Ave #35
Los Gatos, CA 95032

| DATE | INVOICE # |
|------|-----------|
| 8/31/2017 | 13949 |

| BILL TO |
|---------|
| Spinrilla, LLC |
| 2870 Peachtree Rd, #854 |
| Atlanta, GA 30305 |

| SHIP TO |
|---------|
| |

| P.O. NUMBER | TERMS | REP | SHIP DATE | PROJECT | CONTACT |
|-------------|-------|-----|-----------|---------|---------|
| | Net 30 | VEI | 8/31/2017 | | Dylan Copeland |

| QTY | ITEM CODE | DESCRIPTION | PRICE EACH | AMOUNT |
|-----|-----------|-------------|------------|--------|
| 1 | Services | Type 3 Music L&R ID service fee for 227,797 transactions for the period from August 1, 2017 through August 31, 2017, in accordance with the Content Identification Services Agreement dated December 9, 2015. | ▮ | ▮ |
| 1 | Services | Private Database service fees for May through August 2017 in accordance with the Project Statement: 1 time Setup Fee May 10% of ▮ June 10% of ▮ July 10% of ▮ August 10% of ▮ Total ▮ | ▮ | ▮ |
| 1 | Services | Encore Processing service fees for May through August 2017 in accordance with the Project Statement: 1 time Setup Fee May 8% of ▮ June 8% of ▮ July 8% of ▮ August 8% of ▮ Total ▮ | ▮ | ▮ |

| | **Total** |
|--|----------|

Audible Magic, CopySense, and RepliCheck are registered trademarks of the Audible Magic Corporation.

CONFIDENTIAL                    Page 1

**SEND PAYMENT TO:**
**Summit Financial Resources for Audible Magic**
**PO Box 844223**
**Los Angeles, CA 90084-4223**

Audible Magic Corporation

985 University Ave #35
Los Gatos, CA 95032
Phone: 408 399-6405
Fax:   408 399-6406

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 8/31/2017 | 13949 |

| BILL TO | SHIP TO |
|---------|---------|
| Spinrilla, LLC<br>2870 Peachtree Rd, #854<br>Atlanta, GA 30305 | |

| P.O. NUMBER | TERMS | REP | SHIP DATE | PROJECT | CONTACT |
|-------------|-------|-----|-----------|---------|---------|
| | Net 30 | VEI | 8/31/2017 | | Dylan Copeland |

| QTY | ITEM CODE | DESCRIPTION | PRICE EACH | AMOUNT |
|-----|-----------|-------------|------------|--------|
| 1 | Services | Top Charts ID service fees for May 22, 2017 through May 31, 2017 in accordance with the Project Statement:<br>1 time Setup Fee<br>May 25% of 7,108.00 ██████<br>prorated for 10 days ██████<br>  Total ██████ | ██████ | ██████ |
| | | | **Total** | ██████ |

Audible Magic, CopySense, and RepliCheck are registered trademarks of the Audible Magic Corporation.



1

CONFIDENTIAL

SME000000006



Case 1:17-cv-00431-AT    Document 278-28 *SEALED*    Filed 01/07/19    Page 12 of 20

2

CONFIDENTIAL

SME000000007



3

CONFIDENTIAL

SME000000008



4

CONFIDENTIAL

SME000000009



5

CONFIDENTIAL

SME000000010





HIGHLY CONFIDENTIAL



HIGHLY CONFIDENTIAL

Case 1:17-cv-00431-AT Document 353-1 Filed 04/15/19 Page 19 of 21



HIGHLY CONFIDENTIAL

SME000000025



HIGHLY CONFIDENTIAL



HIGHLY CONFIDENTIAL

SME000000027