UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ATLANTIC RECORDING CORPORATION, LAFACE RECORDS LLC, SONY MUSIC ENTERTAINMENT, UMG RECORDINGS, INC., WARNER BROS. RECORDS INC., ARISTA MUSIC, ARISTA RECORDS LLC, BAD BOY RECORDS LLC, CAPITOL RECORDS, LLC, ELEKTRA ENTERTAINMENT GROUP INC., ROC-A-FELLA RECORDS, LLC, SONY MUSIC ENTERTAINMENT US LATIN LLC, and ZOMBA RECORDING LLC,<br><br>    Plaintiffs,<br><br>    v.<br><br>SPINRILLA, LLC and JEFFERY DYLAN COPELAND,<br><br>    Defendants. | Civil Action No.<br>1:17-CV-00431-AT |

## JOINT STATUS REPORT REGARDING MEDIATION

The parties submit this joint status report pursuant to the Court's order dated July 12, 2019 (Dkt. 369) to update the Court on the status of the parties' settlement negotiations. The parties participated in a mediation on August 27, 2019, but were

unable to reach a settlement. Accordingly, the parties request that the Court lift the stay currently in place and re-open the case.

Respectfully submitted this 28th day of August, 2019.

| | |
|---|---|
| JENNER & BLOCK LLP | LILENFELD P.C. |
| | |
| */s/ Andrew H. Bart* | */s/ David M. Lilenfeld* |
| ANDREW H. BART | DAVID M. LILENFELD |
| (Admitted *Pro Hac Vice*) | Georgia Bar No. 452399 |
| 919 Third Avenue | 9 Peachtree Rd. N.E. |
| New York, NY 10022 | Suite 980 |
| Telephone: (212) 891-1600 | Atlanta, GA 30326 |
| Facsimile: (212) 891-1699 | Telephone: (404) 201-2520 |
| | |
| PREVIN WARREN | *Attorneys for Defendants* |
| (Admitted *Pro Hac Vice*) | |
| 1099 New York Ave., N.W. Suite 900 | |
| Washington, DC 20001 | |
| Telephone: (202) 637-6361 | |
| Facsimile: (202) 639-6066 | |

TROUTMAN SANDERS LLP

JAMES A. LAMBERTH
james.lamberth@troutmansanders.com
Georgia Bar No. 431851
600 Peachtree Street, N.E.
Suite 5200, Bank of America Plaza
Atlanta, GA 30308-2216
Telephone: (404) 885-3362
Facsimile: (404) 962-6611

*Attorneys for Plaintiffs*

## CERTIFICATE OF COUNSEL REGARDING FONT SIZE

I, Previn Warren, an attorney, hereby certify that the foregoing has been prepared with a font size and point selection (Times New Roman, 14 pt.) which is approved by the Court pursuant to Local Rules 5.1(C) and 7.1(D).

*/s/ Previn Warren*

## CERTIFICATE OF SERVICE

I, Previn Warren, an attorney, hereby certify that on this 28th day of August, 2019, the parties' Joint Status Report Regarding Mediation was electronically filed with the Clerk of Court using the CM/ECF system, which will automatically send electronic notification and a service copy of this filing to all counsel of record who have appeared in this matter.

*/s/ Previn Warren*