UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ATLANTIC RECORDING CORPORATION, LAFACE RECORDS LLC, SONY MUSIC ENTERTAINMENT, UMG RECORDINGS, INC., WARNER BROS. RECORDS INC., ARISTA MUSIC, ARISTA RECORDS LLC, BAD BOY RECORDS LLC, CAPITOL RECORDS, LLC, ELEKTRA ENTERTAINMENT GROUP INC., ROC-A-FELLA RECORDS, LLC, SONY MUSIC ENTERTAINMENT US LATIN LLC, ZOMBA RECORDING LLC,<br><br>Plaintiffs,<br><br>v.<br><br>SPINRILLA, LLC and JEFFERY DYLAN COPELAND,<br><br>Defendants. | Civil Action No.<br>1:17-CV-00431-AT |

**PLAINTIFFS' CONSENT MOTION TO STAY BRIEFING ON DEFENDANTS' MOTION FOR CERTIFICATION**

With Defendants' consent, Plaintiffs file this Motion to stay briefing on Defendants' Motion for Certification Pursuant to 28 U.S.C. Section 1292(b) ("Defendants' Motion") (Dkt. 395) pending the outcome of mediation among the parties. Specifically, Plaintiffs request that their deadline to file a response to

Defendants' Motion be stayed until 21 days following the date on which the parties agree in writing, and the mediator confirms, that mediation has been unsuccessful.

On December 8, 2020, the parties filed a joint notice informing the Court that the parties had agreed to pursue mediation before Special Master Carlos A. Gonzalez (Dkt. 392). The Court thereafter entered an order staying all matters in the case and administratively closing the case pending the outcome of mediation (Dkt. 394).

On December 10, 2020, Defendants filed their Motion requesting that the Court certify its ruling on liability on Plaintiffs' copyright infringement claims (Dkt. 391) for interlocutory appeal (Dkt. 395).

Under Local Rule 7.1(B), Plaintiffs' response to Defendants' Motion is due on December 24, 2020. As indicated above, the parties have elected to mediate the remaining matters in this case. Should that mediation prove successful, this case will be resolved in full and Defendants' Motion will be mooted. Accordingly, a stay of further briefing on Defendants' Motion pending the outcome of mediation preserves the resources of the parties and the Court and promotes judicial economy.

In the event the mediation is unsuccessful, Plaintiffs propose that the parties memorialize that fact in writing, obtain confirmation of the same from the mediator, and notify the Court of this outcome. Plaintiffs further propose that, in this event, Plaintiffs' response to Defendants' Motion shall be due 21 days after the date on

which the parties agree in writing, and the mediator confirms, that the mediation was unsuccessful.

Based on the foregoing, and with Defendants' consent, Plaintiffs respectfully request that the Court stay further briefing on Defendants' Motion for Certification Pursuant to 28 U.S.C. Section 1292(b) pending the outcome of the parties' mediation.

This 15th day of December, 2020.    Respectfully submitted,

JENNER & BLOCK LLP
/s/ Andrew H. Bart

ANDREW H. BART
(*Pro Hac Vice*)
abart@jenner.com
919 Third Avenue, 37th Floor
New York, New York 10022
Telephone:   (212) 891-1600
Facsimile:    (212) 891-1699

PREVIN WARREN
(*Pro Hac Vice*)
warren@jenner.com
1099 New York Ave., N.W. Suite 900
Washington, DC 20001
Telephone:   (202) 639-6000
Facsimile:    (202) 639-6066

                TROUTMAN SANDERS LLP
                JAMES A. LAMBERTH
                james.lamberth@troutman.com
                Georgia Bar No. 431851
                600 Peachtree Street, N.E.
                Suite 3000, Bank of America Plaza
                Atlanta, GA 30308-2216
                Telephone:  (404) 885-3362
                Facsimile:   (404) 962-6611

*Attorneys for Plaintiffs*

## CERTIFICATE OF COUNSEL REGARDING FONT SIZE

I, Andrew H. Bart, an attorney, hereby certify that the foregoing has been prepared with a font size and point selection (Time New Roman, 14 pt.) which is approved by the Court pursuant to Local Rules 5.1(C) and 7.1(D).

                                            /s/ Andrew H. Bart

## CERTIFICATE OF SERVICE

I, Andrew H. Bart, an attorney, hereby certify that on this 15th day of December, 2020, Plaintiffs' Consent Motion to Stay Briefing on Defendants' Motion for Certification was electronically filed with the Clerk of Court using the CM/ECF system, which will automatically send an electronic notification and a service copy of this filing to all counsel of record who have appeared in this matter.

                                            /s/ Andrew H. Bart