IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ATLANTIC RECORDING CORPORATION, et al., : <br> : <br> Plaintiffs, : <br> : <br> v. : <br> : <br> SPINRILLA, LLC, and JEFFERY DYLAN COPELAND, : <br> : <br> Defendants. : | CIVIL ACTION NO. <br> 1:17-cv-00431-AT |

## **ORDER**

The parties in this civil action notified the Court that they did not resolve this civil action at mediation. Accordingly, the Court **DIRECTS** the Clerk to **REOPEN** the case.

The Court has reviewed the parties' Joint Status Report regarding additional time to complete damages discovery prior to trial. Upon further consideration of the parties' positions in the Joint Status Report, the Court finds that the previously scheduled status conference is no longer necessary. The Court enters the following scheduling order:[1]

---

[1] In their Joint Status Report, the parties referenced a discussion of "the timing of any anticipated dispositive motions and subsequent pre-trial submissions." The Court has already entered summary judgment in favor of Plaintiffs on liability and found that the issue of damages should be tried to a jury. Therefore, the Court cannot fathom the need for further dispositive motion practice in this case. The Court will discuss the deadlines for pre-trial submissions after the conclusion of the damages discovery period.

a) Plaintiffs' opposition to Defendants' Motion for Certification Pursuant to 28 U.S.C. Section 1292(b) (Doc. No. 395) shall be July 16, 2021.

b) Fact discovery regarding damages shall proceed for three (3) months, commencing on June 25, 2021.

c) Initial expert reports on damages shall be exchanged thirty (30) days after the close of fact discovery.

d) Rebuttal expert reports on damages shall be exchanged thirty (30) days after the service of initial expert reports.

e) Expert discovery on damages shall close thirty (30) days after rebuttal expert reports are exchanged.

f) The parties shall be allowed to serve 18 interrogatories and 25 Requests for Production each. The parties shall each be allowed to conduct 4 depositions.

g) The Consolidated Pretrial Order shall be filed no later than thirty (30) days following the close of expert discovery on damages.

**IT IS SO ORDERED** this 24th day of June, 2021.

_____
**AMY TOTENBERG
UNITED STATES DISTRICT JUDGE**