IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ATLANTIC RECORDING CORPORATION, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> SPINRILLA, LLC, *et al.*, <br><br> Defendants. | Case No.: <br><br> 1:17-cv-0431-AT |

**CONSENT MOTION TO EXTEND TIME
FOR DEFENDANTS TO FILE THEIR REPLY BRIEF
IN FURTHER SUPPORT OF MOTION FOR CERTIFICATION (DKT 395)**

With Plaintiffs' consent, Defendants respectfully request the Court extend the time for Defendants to file a reply brief in further support of their Motion for Certification (Dkt. 395) for seven (7) days.

Defendants filed their Motion for Certification (Dkt. 395) on December 12, 2020. On December 15, 2020, Plaintiffs filed a Consent Motion to Stay Briefing on the Motion for Certification pending the outcome of the mediation among the parties. (Dkt. 397). The Parties filed a Joint Status Report (Dkt. 398) on June 14, 2021 reporting that the mediation did not result in the resolution of the lawsuit and set forth a proposed discovery plan. The Court entered a Scheduling Order on June 24, 2021 reopening the case and setting the deadline for Plaintiffs to oppose the

Motion for Certification as July 16, 2021. (Scheduling Order, Dkt 399). The Plaintiffs timely filed their opposition on July 16, 2021. (Dkt. 400).

Pursuant to this Court's Local Rules, Defendants Reply Brief is due fourteen (14) days from the filing of Plaintiffs' Opposition Brief. (L.R. 7.1(C)). Thus, Defendants' Reply Brief is currently due on July 30, 2021. With Plaintiff's consent, Defendant requests an extension to file its Reply Brief through and including August 6, 2021.

The requested extension of time will not cause any significant delay in the case since the extension is relatively short.

Therefore, with Plaintiffs' Consent, Defendants respectfully request the Court extend the time for Defendants to file their Reply Brief in Further Support of Motion for Certification for seven (7) days, through and including August 6, 2021.

Respectfully submitted this 26th day of July, 2021.

**LILENFELD PC**

*/s/ Robin L. Gentry*
David M. Lilenfeld
Georgia Bar No. 452399
Robin L. Gentry
Georgia Bar No. 289899
Kennington R. Groff
Georgia Bar No. 782901

3379 Peachtree Road, N.E., Suite 980
Atlanta, Georgia 30326
(404) 201-2520 – telephone
David@Lilenfeld.com

Robin@Lilenfeld.com
Kg@Lilenfeld.com

*Attorneys for Defendants*

## **CERTIFICATE OF COUNSEL REGARDING FONT SIZE**

I, David M. Lilenfeld, an attorney, hereby certify that the foregoing has been prepared with a font size and point selection (Times New Roman, 14 pt.) which is approved by the Court pursuant to Local Rules 5.1(C) and 7.1(D).

/s/ Robin L. Gentry
Robin L. Gentry

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ATLANTIC RECORDING CORPORATION, *et al.*,<br><br>　　Plaintiffs,<br><br>v.<br><br>SPINRILLA, LLC, *et al.*,<br><br>　　Defendants. | Case No.:<br><br>1:17-cv-0431-AT |

## CERTIFICATE OF SERVICE

The foregoing CONSENT MOTION TO EXTEND TIME was filed using the Court's *CM/ECF* system, which automatically and contemporaneously sends electronic notification and a service copy of this filing to counsel of record:

James A. Lamberth, Esq.　　　　　　　Previn Warren, Esq.
*james.lamberth@troutmansansanders.com*　　*pwarren@jenner.com*

Andy Bart
*abart@jenner.com*

July 26, 2021

*/s/ Robin L. Gentry*
Robin L. Gentry

- 5 -