UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ATLANTIC RECORDING CORPORATION, LAFACE RECORDS LLC, SONY MUSIC ENTERTAINMENT, UMG RECORDINGS, INC., WARNER BROS. RECORDS INC., ARISTA MUSIC, ARISTA RECORDS LLC, BAD BOY RECORDS LLC, CAPITOL RECORDS, LLC, ELEKTRA ENTERTAINMENT GROUP INC., ROC-A-FELLA RECORDS, LLC, SONY MUSIC ENTERTAINMENT US LATIN LLC and ZOMBA RECORDING LLC,<br><br>    Plaintiffs,<br><br>    v.<br><br>SPINRILLA, LLC and JEFFERY DYLAN COPELAND,<br><br>    Defendants. | Civil Action No.<br>1:17-CV-00431-AT |

**JOINT MOTION TO EXTEND DAMAGES DISCOVERY**

Pursuant to Fed. R. Civ. P. 6(b) and N.D. Ga. Local Rule 26.2(B), Plaintiffs

Atlantic Recording Corporation, LaFace Records LLC, Sony Music Entertainment,

UMG Recordings, Inc., Warner Bros. Records Inc., Arista Music, Arista Records LLC, Capitol Records LLC, Elektra Entertainment Group Inc., Roc-A-Fella Records, LLC, Sony Music Entertainment US Latin LLC, and Zomba Recording LLC ("Plaintiffs"), together with Defendants Jeffery Dylan Copeland and Spinrilla, LLC ("Defendants") (collectively "the Parties"), by their respective counsel, hereby request that the Court extend the discovery deadline for four weeks, through and including October 25, 2021 for the purpose of completing depositions and any necessary supplementation of responses to previously served written discovery.

The current discovery period is set to end on September 25, 2021. The Parties have been diligently pursuing discovery in this matter, including propounding written discovery, providing written responses to the discovery requests and producing documents, as well as working to set deposition dates. However, the Parties need additional time to complete depositions. The Parties have conferred and agreed that no further written discovery shall be served during the extended discovery period, although the Parties anticipate that they will continue to supplement document production based on previously served discovery. The Parties also agree that supplementation of written responses to interrogatories shall be permitted during the extended discovery period.

The Parties will be severely prejudiced without an extension of time to complete discovery. Accordingly, the Parties submit that good cause exists and an extension of time is warranted to allow the Parties time to complete discovery.

The Parties note that the Scheduling Order keys numerous other dates in this matter off of the close of fact discovery. As such, no further amendments to the Scheduling Order are necessary to effect a corresponding four-week extension of those other deadlines.

District courts have broad discretion over the scheduling of a case. *Johnson v. Bd. of Regents of Univ. of Georgia*, 263 F.3d 1234, 1269 (11th Cir. 2001) ("We accord district courts broad discretion over the management of pre-trial activities, including discovery and scheduling."). A district court may extend a case deadline for good cause upon motion. Fed. R. Civ. P. 6(b). "The court may modify the schedule on a showing of good cause if [the schedule] cannot reasonably be met despite the diligence of the party seeking the extension." *Cottone v. Cottone,* 2018 WL 2056565 (N.D. Ga. Jan. 5, 2018) (citing *Williams v. The Art Inst. of Atlanta*, No. l:06-CV-0285-CC/AJB, 006 WL 3694649, at *17 (N.D. Ga. Sept. 1, 2006).

The relief sought lies within the Court's wide discretion to enlarge time under the Federal Rules of Civil Procedure and this district's Local Rules.

This motion is made in good faith and is not for the purpose of any undue delay.

Dated:  September 21, 2021

JENNER & BLOCK LLP

<u>/PREVIN WARREN/</u>
ANDREW H. BART
(admitted *Pro Hac Vice*)
919 Third Avenue, 37th Floor
New York, New York 10022
Telephone: (212) 891-1600
Facsimile: (212) 891-1699

PREVIN WARREN
(admitted *Pro Hac Vice*)
1099 New York Ave., N.W. Suite 900
Washington, DC 20001
Telephone: (202) 637-6361
Facsimile: (202) 639-6066

TROUTMAN SANDERS LLP

JAMES A. LAMBERTH
Georgia Bar No. 431851
600 Peachtree Street, N.E.
Suite 5200, Bank of America Plaza
Atlanta, GA 30308-2216
Telephone: (404) 885-3362
Facsimile: (404) 962-6611

*Attorneys for Plaintiffs*

Respectfully submitted,

LILENFELD PC

<u>*/Kennington R. Groff/*</u>
KENNINGTON R. GROFF
Georgia Bar No. 782901
DAVID M. LILENFELD
Georgia Bar No. 452399
ROBIN L. GENTRY
Georgia Bar No. 289899
3379 Peachtree Road, N.E., Suite 980
Atlanta, GA 30326
Telephone: (404) 201-2520
David@Lilenfeld.com
Robin@Lilenfeld.com
Kg@Lilenfeld.com

*Attorneys for Defendants*