UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ATLANTIC RECORDING CORPORATION, LAFACE RECORDS LLC, SONY MUSIC ENTERTAINMENT, UMG RECORDINGS, INC., WARNER BROS. RECORDS INC., ARISTA MUSIC, ARISTA RECORDS LLC, BAD BOY RECORDS LLC, CAPITOL RECORDS, LLC, ELEKTRA ENTERTAINMENT GROUP INC., ROC-A-FELLA RECORDS, LLC, SONY MUSIC ENTERTAINMENT US LATIN LLC and ZOMBA RECORDING LLC,<br><br>    Plaintiffs,<br><br>    v.<br><br>SPINRILLA, LLC and JEFFERY DYLAN COPELAND,<br><br>    Defendants. | Civil Action No.<br>1:17-CV-00431-AT |

## MOTION TO EXTEND PRETRIAL ORDER DEADLINE

Defendants Jeffery Dylan Copeland and Spinrilla, LLC ("Defendants") request that the Court extend the Pretrial Order deadline for sixty (60) days through

and including May 13, 2022 to allow the Parties to continue discussions regarding mediation and to conduct mediation.[1]

The current deadline for the submission of the Pretrial Order is March 14, 2022.  As discussed during the February 22, 2022, telephonic status conference, the Parties have been diligently preparing the Pretrial Order, while simultaneously discussing potential mediation. The Parties have identified a potential mediator, although the Parties have not yet agreed to conduct mediation. The potential mediator has mediation dates available in late April, 2022.  Therefore, Defendants request a sixty-day extension of the Pretrial Order deadline through and including May 13, 2022 to allow the Parties to focus their resources on discussing mediation and potentially conducting such mediation.

The relief sought lies within the Court's wide discretion to enlarge time under the Federal Rules of Civil Procedure and this district's Local Rules.  District courts have broad discretion over the scheduling of a case. *Johnson v. Bd. of Regents of Univ. of Georgia*, 263 F.3d 1234, 1269 (11th Cir. 2001) ("We accord district courts broad discretion over the management of pretrial activities, including discovery and scheduling."). A district court may extend a case deadline for good cause upon motion. Fed. R. Civ. P. 6(b). "The court may modify the schedule on a showing

---

[1] Defendants sought Plaintiffs' consent for the requested extension and Plaintiffs have informed Defendants that they do not consent.

of good cause if [the schedule] cannot reasonably be met despite the diligence of the party seeking the extension." *Cottone v. Cottone,* 2018 WL 2056565 (N.D. Ga. Jan. 5, 2018) (citing *Williams v. The Art Inst. of Atlanta*, No. l:06-CV-0285-CC/AJB, 006 WL 3694649, at *17 (N.D. Ga. Sept. 1, 2006).

This motion is made in good faith and is not for the purpose of any undue delay.

Respectfully submitted this 24th day of February, 2022.

**COHAN LAW GROUP**

/s/ Robin L. Gentry
Louis R. Cohan
Georgia Bar No. 173357
Robin L. Gentry
Georgia Bar No. 289899

3340 Peachtree Road NE
Suite 2570
Atlanta, Georgia 30326
Telephone: (404) 891-1770
Facsimile: (404) 891-5094
lcohan@cohanlawgroup.com
rgetnry@cohanlawgroup.com

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ATLANTIC RECORDING CORPORATION, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> SPINRILLA, LLC, *et al.*, <br><br> Defendants. | Civil File Action No.: <br><br> 1:17-CV-0431-AT |

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing **MOTION**, on the date stated below, was filed using the Court's *CM/ECF* system, which automatically and contemporaneously sends electronic notification and a service copy of this filing to counsel of record:

James A. Lamberth, Esq.
*james.lamberth@troutmansanders.com*

Andy Bart
*abart@jenner.com*

Previn Warren, Esq.
*pwarren@jenner.com*

Owen Keiter
*okeiter@jenner.com*

February 24, 2022

*/s/ Robin L. Gentry*
Robin L. Gentry