

Louis Cohan
lcohan@cohanlawgroup.com
Member: American board of trial advocates

January 19, 2023

Harry Martin, Courtroom Deputy Clerk
Honorable Judge Amy Totenberg
2388 Richard B. Russell Federal
Building & United States Courthouse
75 Turner Drive, S.W.
Atlanta, GA 30303

Re:  Atlantic Recording Corporation, et al. v. Spinrilla, LLC, et al.,
     CAFN: 1:17-CV-00431-AT

Dear Mr. Martin:

Please accept this letter as my notice, pursuant to Local Rule 83.1(E)(3), of my leave of absence for the time periods of:

1. July 21, 2023 through July 24, 2023 for a wedding.

I respectfully request that the above-captioned matter not be placed on any hearing docket or calendar during these dates.

Sincerely yours,

/s/ Louis R. Cohan

Louis R. Cohan

P 404.891.1770   C 404.513.3711   F 404.891.5094
3340 Peachtree Road, N.E., Tower 100, Suite 2570, Atlanta, GA, 30326