UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ATLANTIC RECORDING CORPORATION, LAFACE RECORDS LLC, SONY MUSIC ENTERTAINMENT, UMG RECORDINGS, INC., WARNER BROS. RECORDS INC., ARISTA MUSIC, ARISTA RECORDS LLC, BAD BOY RECORDS LLC, CAPITOL RECORDS, LLC, ELEKTRA ENTERTAINMENT GROUP INC., ROC-A-FELLA RECORDS, LLC, SONY MUSIC ENTERTAINMENT US LATIN LLC, and ZOMBA RECORDING LLC, <br><br> Plaintiffs, <br><br> v. <br><br> SPINRILLA, LLC and JEFFERY DYLAN COPELAND, <br><br> Defendants. | Civil Action No. 1:17-cv-00431-AT |

**PREVIN WARREN'S MOTION TO WITHDRAW AS COUNSEL**

Pursuant to Local Rule 81.3(E), Previn Warren moves the Court for an Order that allows him to withdraw as counsel for Plaintiffs in this action and removing his name from all service lists in this case. Mr. Warren is no longer employed by Jenner & Block LLP, one of the law firms that serves as counsel to

Plaintiffs in this matter. Andrew H. Bart and Owek W. Keiter of Jenner & Block LLP will continue to represent Plaintiffs in this case. Mr. Warren's withdrawal will not adversely affect Plaintiffs and will not delay the progress of this case. A Proposed Order granting this motion is attached hereto.

    Respectfully submitted, this 14th day of February, 2023.

/s/Previn Warren
(*Admitted Pro Hac Vice*)
MOTLEY RICE LLC
401 9th Street NW Suite 630
Washington, DC 20004
Telephone: (202) 386-9610

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ATLANTIC RECORDING CORPORATION, LAFACE RECORDS LLC, SONY MUSIC ENTERTAINMENT, UMG RECORDINGS, INC., WARNER BROS. RECORDS INC., ARISTA MUSIC, ARISTA RECORDS LLC, BAD BOY RECORDS LLC, CAPITOL RECORDS, LLC, ELEKTRA ENTERTAINMENT GROUP INC., ROC-A-FELLA RECORDS, LLC, SONY MUSIC ENTERTAINMENT US LATIN LLC, and ZOMBA RECORDING LLC,<br><br>　　Plaintiffs,<br><br>　　v.<br><br>SPINRILLA, LLC and JEFFERY DYLAN COPELAND,<br><br>　　Defendants. | Civil Action No.<br>1:17-cv-00431-AT |

**<u>PROPOSED ORDER</u>**

Before the Court is Previn Warren's Motion to Withdraw as Counsel, filed February 14, 2023. For good cause shown, Mr. Warren's motion is hereby

**GRANTED.** The clerk is **DIRECTED** to remove Mr. Warren as counsel of record for Plaintiffs and remove his name from all service lists in this case.

**SO ORDERED,** this _____ day of _____, 2023.

_____
HONORABLE AMY TOTENBERG
UNITED STATES DISTRICT JUDGE

## LOCAL RULE 7.1D CERTIFICATION

Counsel certifies that the foregoing document was prepared in Times New Roman, 14-point font, in compliance with Local Rule 5.1(C).

/s/Previn Warren
Previn Warren
(*Admitted Pro Hac* Vice)

\* \* \* \* \*

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing **PREVIN WARREN'S MOTION TO WITHDRAW AS COUNSEL** was electronically filed with the Clerk of Court using the CM/ECF system, which automatically serves notification of such filing to all counsel of record.

This 14th day of February, 2023.

/s/Previn Warren
Previn Warren
(*Admitted Pro Hac* Vice)